**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re                                                :     **Chapter 11**
                                         :
**PERSONAL COMMUNICATIONS**                          :     **Case No. 13-74303 (AST)**
**DEVICES, LLC, *et al.*,** [1]                       :            **13-74304 (AST)**
                                         :
                **Debtors.**                       :     **(Joint Administration Requested)**
                                         :
-------------------------------------------------------------------x   **Ref. Docket Nos. 2-15 & 19, 25**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 20, 2013, I caused to be served the:

    a)  "Declaration of Raymond F. Kunzmann Pursuant to Rule 1007-4 of the Local Rules for the Eastern District of New York in Support of Chapter 11 Petition and Requests for Relief," dated August 19, 2013 [Docket No. 2], (the "Kunzmann Declaration"),

    b)  "Motion of the Debtors for an Order Directing Joint Administration of Related Chapter 11 Cases," dated August 19, 2013 [Docket No. 3], (the "Joint Administration Motion"),

---

[1] The Debtors in the above-captioned Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trinity Coal Corporation (1163); Trinity Parent Corporation (1080); Trinity RMG Holdings LLC (2840); RMG, Inc. (8388); Trinity Coal Partners LLC (4711); Trinity Coal Marketing LLC (3532); Frasure Creek Mining, LLC (9409); Falcon Resources LLC (7742); Prater Branch Resources LLC (3662); Little Elk Mining Company LLC (0373); Levisa Fork Resources LLC (9407); Bear Fork Resources LLC (7993); North Springs Resources LLC (6323); Deep Water Resources LLC (6594); Banner Coal Terminal LLC (9017); and Hughes Creek Terminal LLC (8285). The address of the principal office for each of the Debtors is 4978 Teays Valley Road, Scott Depot, WV 25560.

c) "Motion of the Debtors for Interim and Final Orders (A) Authorizing the Debtors to Obtain Postpetition Financing and to Grant Security Interests and Superpriority Administrative Expense Claims Pursuant to 11 U.S.C. § § 105(a), 364(C) and 364(D); (B) Authorizing the Debtors to Use Cash Collateral; (C) Modifying the Automatic Stay Pursuant to 11 U.S.C. § 362; (D) Granting Adequate Protection Pursuant to 11 U.S.C. § § 361 and 363; and (E) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001," dated August 19, 2013 [Docket No. 4], (the "Cash Collateral Motion"),

d) "Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Prepetition Personnel Wages, Salaries, and Other Compensation; (II) Reimburse Prepetition Personnel Business Expenses; (III) Make Payments for which Prepetition Payroll Deductions were made; (IV) Continue Employee Benefit Programs; (V) Pay Workers' Compensation Obligations; and (VI) Pay All Costs and Expenses Incident to the Foregoing," dated August 19, 2013 [Docket No. 5], (the "Wages Motion"),

e) "Motion of the Debtors for Interim and Final Orders Authorizing the Debtors to (I) Continue Using Debtors' Bank Accounts and Cash Management System, and (II) Honor Certain Prepetition Obligations Related Thereto," dated August 19, 2013 [Docket No. 6], (the "Cash Management Motion"),

f) "Motion of the Debtors for Interim and Final Orders (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to have Adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for Additional Assurance," dated August 19, 2013 [Docket No. 7], (the "Utilities Motion"),

g) "Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing, but not Directing, the Debtors to (A) Maintain and Administer Customer Programs and (B) Honor Related Prepetition Obligations to Customers and (II) Authorizing, but not Directing, Financial Institutions to Honor All Related Payment Requests," dated August 19, 2013 [Docket No. 8], (the "Customer Programs Motion"),

h) "Motion of the Debtors for an Order (1) Extending the Debtors' Time to File Schedules and Statements of Financial Affairs, (2) Authorizing the Debtors to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (3) Waiving the Requirement of E.D.N.Y. 1007-1 that the Debtors File a List of Creditors, (4) Authorizing the Debtors to Mail Initial Notices and (5) Authorizing the Debtors to Use Prepetition Business Forms," dated August 19, 2013 [Docket No. 9], (the "Schedules Motion"),

i)  "Debtors Motion for Entry of Orders: (A)(I) Approving Bidding Procedures Relating to the Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; (VI) Scheduling a Hearing on the Proposed Sale; and (VII) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief," dated August 19, 2013 [Docket No. 10], (the "Bidding Procedures Motion"),

j)  "Ex Parte Motion of the Debtors to Shorten Time with Respect to Hearing on Debtors' Motion for Entry of Order Approving Bidding Procedures Relating to the Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; (VI) Scheduling a Hearing on the Proposed Sale; and (VII) Granting Related Relief," dated August 19, 2013 [Docket No. 11], (the "Hearing Shortening Motion"),

k)  "Application of the Debtors for Entry of an Order Authorizing the Employment and Retention of Epiq Bankruptcy Solutions, LLC as Notice and Claims Agent," dated August 19, 2013 [Docket No. 12], (the "Epiq Retention Application"),

l)  "Motion of the Debtors for an Order (I) Authorizing Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers, and Other Transportation Lien Claimants and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers," dated August 19, 2013 [Docket No. 13], (the "Shippers Motion"),

m) "Motion of the Debtors for an Order Approving the Continuation of Prepetition Retention Program," dated August 19, 2013 [Docket No. 14], (the "Retention Program Motion"),

n)  "Index of First Day Motions," dated August 20, 2013 [Docket No. 15], (the "First Days Motion Index"),

o)  "Notice of Chapter 11 Filing and First Day Hearing," dated August 20, 2013 [Docket No. 19], (the "First Day Hearing Notice"), and

p)  "Notice of Appearance and Request for Service of Notices and Other Documents," dated August 20, 2013 [Docket No. 25 ], (the "Notice of Appearance"),

q)  "Instructions for Telephonic Appearance at August 21, 2013 Hearing," dated August 20, 2013, annexed hereto as Exhibit 1, (the "Telephonic Appearance Instructions"),

r)   "Notice of Revised Consolidated List of Creditors Holding the Thirty (30) Largest Unsecured Claims," dated August 20, 2013, annexed hereto as <u>Exhibit 2</u>, (the "Notice of Revised List"),

by causing true and correct copies of the:

i.   Kunzmann Declaration, Joint Administration Motion, Cash Collateral Motion, Wages Motion, Cash Management Motion, Utilities Motion, Customer Programs Motion, Schedules Motion, Bidding Procedures Motion, Hearing Shortening Motion, Epiq Retention Application, Shippers Motion, Retention Program Motion, First Days Motion Index, First Day Hearing Notice, Notice of Appearance, Telephonic Appearance Instructions and Notice of Revised List, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.  Cash Collateral Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit B</u>,

iii. Kunzmann Declaration, Joint Administration Motion, Cash Collateral Motion, Wages Motion, Cash Management Motion, Utilities Motion, Customer Programs Motion, Schedules Motion, Bidding Procedures Motion, Hearing Shortening Motion, Epiq Retention Application, Shippers Motion, Retention Program Motion, First Day Hearing Notice, Notice of Appearance, Telephonic Appearance Instructions and Notice of Revised List, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.  Utilities Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

v.   Customer Programs Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>,

vi.  Bidding Procedures Motion, Hearing Shortening Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit F</u>,

vii. Bidding Procedures Motion, Hearing Shortening Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to 83 additional parties, whose names and addresses are confidential and therefore not reflected,

viii. Shippers Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

ix. Kunzmann Declaration, Joint Administration Motion, Cash Collateral Motion, Wages Motion, Cash Management Motion, Utilities Motion, Customer Programs Motion, Schedules Motion, Bidding Procedures Motion, Hearing Shortening Motion, Epiq Retention Application, Shippers Motion, Retention Program Motion, First Days Motion Index, First Day Hearing Notice, Notice of Appearance, Telephonic Appearance Instructions and Notice of Revised List, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit H</u>,

x. Bidding Procedures Motion, Hearing Shortening Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be delivered via electronic mail to 81 additional parties, whose names and addresses are confidential and therefore not reflected,

xi. Kunzmann Declaration, Joint Administration Motion, Cash Collateral Motion, Wages Motion, Cash Management Motion, Utilities Motion, Customer Programs Motion, Schedules Motion, Bidding Procedures Motion, Hearing Shortening Motion, Epiq Retention Application, Shippers Motion, Retention Program Motion, First Days Motion Index, First Day Hearing Notice, Notice of Appearance, Telephonic Appearance Instructions and Notice of Revised List, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit I</u>, and

xii. Utilities Motion, First Day Hearing Notice, and Telephonic Appearance Instructions, to be delivered via facsimile to those parties listed on the annexed <u>Exhibit J</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Kerry O'Neil

Sworn to before me this
20th day of August, 2013

Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

-5-

**EXHIBIT 1**

**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the*
*Debtors and Debtors in Possession*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| PERSONAL COMMUNICATIONS | ) | Case No.  13-74303 (AST) |
| DEVICES, LLC, *et al.*,[1] | ) | 13-74304 (AST) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

<u>**Instructions for Telephonic Appearance at August 21, 2013 Hearing**</u>

**PLEASE TAKE NOTICE** that on August 19, 2013 (the "<u>Commencement Date</u>"),

Personal Communications Devices, LLC ("<u>PCD</u>") and Personal Communications Devices

---

[1]    The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax
identification number, are:  Personal Communications Devices, LLC, a Delaware limited liability company
(4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).
The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

Holdings, LLC ("Holdings", and together with PCD, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court").

      **PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **Wednesday, August 21, 2013, at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Alan S. Trust, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960, to consider certain first day motions.

      **PLEASE TAKE FURTHER NOTICE** that parties wishing to appear telephonically at the hearing must email Debtors' counsel at mcurro@goodwinprocter.com **by 5:00p.m. (Prevailing Eastern Time) today** to be added to the list of telephonic appearances.  When contacting Debtors' counsel, please provide the attorney's name and their direct phone number. Parties objecting to any of the relief sought by the Debtors must appear at the hearing in person or obtain permission to appear telephonically from the Court in advance of the hearing by emailing a request to AST_hearings@nyeb.uscourts.gov.

Dated: August 20, 2013
      New York, New York

Respectfully submitted,

  /s/  Emanuel C. Grillo            
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the
Debtors and Debtors in Possession*

**EXHIBIT 2**

**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the*
*Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| PERSONAL COMMUNICATIONS | ) | Case No.  13-74303 (AST) |
| DEVICES, LLC, *et al.*,[1] | ) | 13-74304 (AST) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**NOTICE OF REVISED CONSOLIDATED LIST OF CREDITORS**
**HOLDING THE THIRTY (30) LARGEST UNSECURED CLAIMS**

**PLEASE TAKE NOTICE** that on August 19, 2013 (the "Commencement Date"),

Personal Communications Devices, LLC ("PCD") and Personal Communications Devices

---

[1]  The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax
identification number, are:  Personal Communications Devices, LLC, a Delaware limited liability company
(4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).
The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

Holdings, LLC ("Holdings", and together with PCD, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that attached as Exhibit A hereto is a revised consolidated list of the creditors holding the thirty (30) largest unsecured claims against the Debtors, which list provides address and contact information for each creditor.

Dated: August 20, 2013
      New York, New York

Respectfully submitted,

 /s/  Emanuel C. Grillo
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

- and -

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the
Debtors and Debtors in Possession*

LIBNY/5276935.1

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| PERSONAL COMMUNICATIONS | ) | Case No.  13-74303 (AST) |
| DEVICES, LLC, *et al.*,[2] | ) | 13-74304 (AST) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## CONSOLIDATED LIST OF CREDITORS
## <u>HOLDING THIRTY LARGEST UNSECURED CLAIMS</u>

The following is a consolidated list of the creditors holding the THIRTY largest unsecured claims against the debtor and its affiliated debtors (collectively, the "<u>Debtors</u>").  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty largest unsecured claims.

The list of creditors contains only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases. The schedules of liabilities to be filed subsequently should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not and shall not constitute an admission of liability by, nor is it binding upon, the Debtors.  Moreover, nothing herein shall affect any of the Debtors' rights to challenge the validity, priority, amount or characterization of any claim at any later point as they deem appropriate.

---

[2]    The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are:  Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).  The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 1. | HTC AMERICA, INC. 13920 SE EASTGATE WAY SUITE 400 BELLEVUE, WA 98005 FAX: 425-861-1715 ATTN: KARIAN WANG | Trade Debt | CUD | $96,273,931 |
| 2. | PANTECH CO., LTD. PANTECH BLDG., 1-2 DMC SANGAM-DONG, MAPO-GU SEOUL, 121-270 KR FAX: 82-2-2030-2563 ATTN:  ALEX SEO | Trade Debt | CUD | $27,369,762 |
| 3. | TCT MOBILE MULTINATIONAL LIMITED ROOM 1910-12A TOWER 3 CHINA HK CITY, 33 CANTON RD TSIMSHATSUI, KOWLOON HONG KONG,  CHINA FAX: 0752-2611815 ATTN: DANIEL MARTINEZ / JIM WODACH | Trade Debt | CUD | $21,420,131 |
| 4. | PANTECH WIRELESS, INC. SHINSONG BLDG, 25-12, YOUIDO-DONG YOUNGDEUNGPO-GU SEOUL, 150-711 KR FAX: 404-236-2423 | Trade Debt | CUD | $18,848,000 |
| 5. | HUAWEI DEVICE USA, INC. 5700 TENNYSON PARKWAY, SUITE 600 PLANO, TX 75024 FAX: 214-919-6617 ATTN:  RON PAGE | Trade Debt | CUD | $4,912,438 |

LIBNY/5276935.1

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 6. | ZTE (USA), INC. 2425 N. CENTRAL EXPRESSWAY SUITE 323 RICHARDSON, TX 75080 FAX: 972-331-8094 ATTN: JEFFERY KELLEY / SEAN SAGE | Trade Debt | CUD | $4,100,741 |
| 7. | WISTRON NEWEB CORPORATION 20 PARK AVENUE II HSINCHU SCIENCE PARK HSINCHU, 308 TW FAX: 886-3-6662977 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $1,614,564 |
| 8. | M SEVEN SYSTEM, LTD 24TH FLOOR TRUST TOWER 275-7 YANGJAE-DONG SEOCHO-GU SEOUL, 137-139 KR FAX: 82-2-2057-0183 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $1,202,999 |
| 9. | CYNERGYHITECH 6080 NORTHBELT DRIVE NORCROSS, GA 30071 FAX: 770-277-2765 ATTN: DAVE WHITEAKER | Trade Debt | CUD | $627,315 |
| 10. | SHINE ELECTRONICS CO., INC. 11-15 46 AVENUE LONG ISLAND CITY, NY 11101 FAX: 718-392-6258 ATTN: ELLIOT PARK | Trade Debt | CUD | $485,839 |
| 11. | ATC LOGISTICS & ELECTRONICS, INC. 13500 INDEPENDENCE PARKWAY FORT WORTH, TX 76177 FAX: 817-490-4320 ATTN: KEITH CARPENTER | Trade Debt | CUD | $453,387 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (bond debt, trade debt, bank loan, government contracts, etc.) | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM (if secured, also state value of security) |
|---|---|---|---|---|
| 12. | FASHION FORWARD WORLDWIDE CORPORATION 366 PEARSALL AVENUE SUITE #7 CEDARHURST, NY 11516 FAX: 516-371-8883 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $186,576 |
| 13. | TRANSPARENT CONTAINER COMPANY, INC. 31006 NETWORK PLACE CHICAGO, IL 60673 FAX: 630-860-3651 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $111,575 |
| 14. | PRIMELINE SERVICES, LLC C/O FM & CO., LLP 6900 JERICHO TURNPIKE, SUITE 312 SYOSETT, NY 11791 FAX: 516-252-1854 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $110,554 |
| 15. | AMERICAN EXPRESS CPS REMITTANCE PROCESSING 2075 WEST CORPORATE LAKE BLVD. WESTON, FL 33331-3636 FAX: 212-619-9230 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $102,719 |
| 16. | NEXIUS SOLUTIONS, INC. 1301 CENTRAL EXPRESSWAY SUITE 200 ALLEN, TX 75013 FAX: 703-991-8476 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $96,631 |
| 17. | RECHLER EQUITY CONSTRUCTION, LLC 85 SOUTH SERVICE ROAD PLAINVIEW, NY 11803 FAX: 631-414-8401 ATTN: LEGAL DEPARTMENT | Trade Debt | CUD | $93,703 |

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 18. | ANDREWS INTERNATIONAL, INC. 27959 SMYTH DRIVE VALENCIA, CA 91355 FAX: 661-775-8794 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $79,309 |
| 19. | LBA REALTY, LLC 333 MICHELSON SRIVE SUITE 350 IRVINE, CA 92612 FAX: 949-851-2321 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $68,825 |
| 20. | REP 80 ARKAY DRIVE, LLC 85 SOUTH SERVICE ROAD PLAINVIEW, NY 11803 FAX: 631-414-8401 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $68,034 |
| 21. | SELECTIVE PERSONNEL, INC. P.O. BOX 823461 PHILADELPHIA, PA 19182-3461 FAX: 631-348-7318 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $67,026 |
| 22. | AIR CITY, INC. 153-63 ROCKAWAY BOULEVARD ROOM 200 JAMAICA, NY 11434 FAX: 718-949-2907 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $63,967 |
| 23. | CORNING DATA SERVICES, INC. 139 WARDELL STREET CORNING, NY 14830 FAX: 607-936-0495 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $47,602 |
| 24. | ONECAP SERVICES LLC ATTN. ROBERT HECHT 77 SPRUCE STREET CEDARHURST, NY 11516 FAX: 516-612-6137 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $46,628 |

LIBNY/5276935.1

| | NAME OF CREDITOR, COMPLETE MAILING ADDRESS, AND EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM *(bond debt, trade debt, bank loan, government contracts, etc.)* | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED, OR SUBJECT TO SETOFF | AMOUNT OF CLAIM *(if secured, also state value of security)* |
|---|---|---|---|---|
| 25. | COVENANT TRANSPORATION P.O. BOX 22997 CHATTANOOGA, TN 37422 FAX: 423-821-5442 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $42,970 |
| 26. | PILOT FREIGHT SERVICES P.O. BOX 97 LIMA, PA 19037-0097 FAX: 610-565-4267 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $41,448 |
| 27. | FEDERAL EXPRESS CORPORATION P.O. BOX 360353 PITTSBURGH, PA 15250-6353 FAX: 800-548-3020 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $38,377 |
| 28. | CRICKET COMMUNICATIONS 5887 COPLEY DRIVE SAN DIEGO, CA 92111 FAX: 858-882-6010 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $35,000 |
| 29. | RICHARDS GROUP, INC. 8750 N CENTRAL EXPY DALLAS, TX 75231 FAX: 214-346-4873 ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $28,377 |
| 30. | UNITED PARCEL SERVICE P.O. BOX 7247-0244 PHILADELPHIA, PA 19170-0001 FAX: N/A ATTN:  LEGAL DEPARTMENT | Trade Debt | CUD | $24,790 |

LIBNY/5276935.1

**EXHIBIT A**

PERSONAL COMMUNICATIONS DEVICES, LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EDWARDS WILDMAN PALMER LLP | CHRISTINE DREYER MCCAY COUNSEL TO JPMORGAN 111 HUNTINGTON AVENUE BOSTON MA 02199-7613 |
| INTERNAL REVENUE SERVICE | 1 METRO TECH, 1ST FLOOR BROOKLYN NY 11201 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| LATHAM & WATKINS LLP | ATTN: JOSH TINKELMAN COUNSEL TO DLJ INVESTMENT PARTNERS 855 THIRD AVENUE NEW YORK NY 10022 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN:  JOSEPH J. WIELEBINSKI COUNSEL TO THE STALKING HORSE 500 N. AKARD STREET DALLAS TX 75201 |
| NEW YORK STATE ATTORNEY GENERAL | ATTORNEY GENERAL, ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE | EASTERN DISTRICT OF NEW YORK 271 CADMAN PLAZA EAST SUITE 4529 BROOKLYN NY 11201 |
| PATTON BOGGS LLP | ATTN: ADAM S. CONNATSER COUNSEL TO PINEBRIDGE INVESTMENTS MCKINNEY AVE, SUITE 1700 DALLAS TX 75201 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F. STREET, NE WASHINGTON DC 20549-4010 |
| TAX DIVISION OF THE U.S. DEPARTMENT OF JUSTICE | RFK MAIN JUSTICE BUILDING ROOM 4141 950 PENNSYLVANIE AVENUE ATTN: TAX DIVISION WASHINGTON DC 20530 |
| THE NEW YORK STATE DEPARTMENT OF TAXATION AND | FINANCE DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12227 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 271 CADMAN PLAZA EAST BROOKLYN NY 11201 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 610 FEDERAL PLAZA CENTRAL ISLIP NY 11722-4454 |

**Total Creditor count  14**

PERSONAL COMMUNICATIONS DEVICES, LLC
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| AIR CITY, INC. | 153-63 ROCKAWAY BOULEVARD ROOM 200 JAMAICA NY 11434 |
| AMERICAN EXPRESS | CPS REMITTANCE PROCESSING 2075 WEST CORPORATE LAKE BLVD. WESTON FL 33331-3636 |
| ANDREWS INTERNATIONAL, INC. | 27959 SMYTH DRIVE VALENCIA CA 91355 |
| ATC LOGISTICS & ELECTRONICS, INC. | 13500 INDEPENDENCE PARKWAY FORT WORTH TX 76177 |
| CORNING DATA SERVICES, INC. | 139 WARDELL STREET CORNING NY 14830 |
| COVENANT TRANSPORATION | 400 BIRMINGHAM HWY CHATTANOOGA TN 37419-2346 |
| COVENANT TRANSPORATION | P.O. BOX 22997 CHATTANOOGA TN 37422 |
| CRICKET COMMUNICATIONS | 5887 COPLEY DRIVE SAN DIEGO CA 92111 |
| CYNERGYHITECH | 6080 NORTHBELT DRIVE NORCROSS GA 30071 |
| FASHION FORWARD WORLDWIDE CORPORATION | 366 PEARSALL AVENUE SUITE #7 CEDARHURST NY 11516 |
| FEDERAL EXPRESS CORPORATION | P.O. BOX 360353 PITTSBURGH PA 15250-6353 |
| FEDERAL EXPRESS CORPORATION | 3875 AIRWAYS MODULE H3 DEPARTMENT 4634 MEMPHIS TN 38116 |
| GOODWIN PROCTOR LLP | EXCHANGE PLACE 53 STATE STREET BOSTON MA 02109 |
| HTC AMERICA, INC. | 13920 SE EASTGATE WAY SUITE 400 BELLEVUE WA 98005 |
| HUAWEI DEVICE USA, INC. | 5700 TENNYSON PARKWAY, SUITE 600 PLANO TX 75024 |
| LBA REALTY, LLC | 333 MICHELSON SRIVE SUITE 350 IRVINE CA 92612 |
| M SEVEN SYSTEM, LTD | 24TH FLOOR TRUST TOWER 275-7 YANGJAE-DONG SEOCHO-GU SEOUL 137-139 KOREA |
| NEXIUS SOLUTIONS, INC. | 1301 CENTRAL EXPRESSWAY SUITE 200 ALLEN TX 75013 |
| ONECAP SERVICES LLC | ATTN. ROBERT HECHT 77 SPRUCE STREET CEDARHURST NY 11516 |
| PANTECH CO., LTD. | PANTECH BLDG., 1-2 DMC SANGAM-DONG, MAPO-GU SEOUL 121-270 KOREA |
| PANTECH WIRELESS, INC. | SHINSONG BLDG, 25-12, YOUIDO-DONG YOUNGDEUNGPO-GU SEOUL 150-711 KOREA |
| PILOT FREIGHT SERVICES | 314 NORTH MIDDLETOWN ROAD LIMA PA 19037 |
| PILOT FREIGHT SERVICES | P.O. BOX 97 LIMA PA 19037-0097 |
| PRIMELINE SERVICES, LLC | C/O FM & CO., LLP 6900 JERICHO TURNPIKE, SUITE 312 SYOSETT NY 11791 |
| RECHLER EQUITY CONSTRUCTION, LLC | 85 SOUTH SERVICE ROAD PLAINVIEW NY 11803 |
| REP 80 ARKAY DRIVE, LLC | 85 SOUTH SERVICE ROAD PLAINVIEW NY 11803 |
| RICHARDS GROUP, INC. | 8750 N CENTRAL EXPY DALLAS TX 75231 |
| RICHTER CONSULTING, INC. | 200 SOUTH WACKER DRIVE SUITE 3100 CHICAGO IL 60606 |
| SELECTIVE PERSONNEL, INC. | 535 BROADHOLLOW ROAD SUITE A1 MELVILLE NY 11747-3719 |
| SELECTIVE PERSONNEL, INC. | P.O. BOX 823461 PHILADELPHIA PA 19182-3461 |
| SHINE ELECTRONICS CO., INC. | 11-15 46 AVENUE LONG ISLAND CITY NY 11101 |
| TCT MOBILE MULTINATIONAL LIMITED | ROOM 1910-12A TOWER 3 CHINA HK CITY, 33 CANTON RD TSIMSHATSUI, KOWLOON HONG KONG CHINA |
| TRANSPARENT CONTAINER COMPANY, INC. | 31006 NETWORK PLACE CHICAGO IL 60673 |
| WISTRON NEWEB CORPORATION | 20 PARK AVENUE II HSINCHU SCIENCE PARK HSINCHU 308 TAIWAN |
| ZTE (USA), INC. | 2425 N. CENTRAL EXPRESSWAY SUITE 323 RICHARDSON TX 75080 |

**Total Creditor count  35**

UNITED PARCEL SERVICE
P.O. BOX 7247-0244
PHILADELPHIA, PA 19170-0001
ATTN: LEGAL DEPARTMENT

| Claim Name | Address Information |
|---|---|
| ALUMNI CAPITAL NETWORK | ATTN. THOMAS R. DONAHUE 51 EAST 42ND STREET, SUITE 1100 NEW YORK NY 10017 |
| AVAYA FINANCIAL SERVICES | ONE DEERWOOD, 10201 CENTURION PKWY N SUITE 100 JACKSONVILLE FL 32256 |
| CIT FINANCE LLC | ONE CIT DRIVE LIVINGSTON NJ 07039 |
| FRACTUS, SA | AVDA. ALCALDE BARNILS, 64-68 SANT CUGAT DEL VALLÉS BARCELONA 08174 SPAIN |
| HITACHI HIGH TECHNOLOGIES AMERICA, INC. | 10 NORTH MARTINGALE ROAD SUITE 500 SCHAUMBURG IL 60173-2295 |
| JPMORGAN CHASE BANK, N.A. | 270 PARK AVENUE, 44TH FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A. | ATTN. ROBERT KAULIUS MAIL CODE: NY1-K855 270 PARK AVENUE, 44TH FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A., | AS ADMINISTRATIVE AGENT 270 PARK AVENUE, 44TH FLOOR NEW YORK NY 10017 |
| JPMORGAN CHASE BANK, N.A., AS | ADMINISTRATIVE AGENT, ATTN. ROBERT KAULIUS,  MAIL CODE: NY1-K855 270 PARK AVENUE, 44TH FLR NEW YORK NY 10017 |
| NUANCE COMMUNICATIONS INC. | 1 WAYSIDE ROAD BURLINGTON MA 01803 |
| PANTECH WIRELESS, INC. AND | PANTECH CO., LTD. 5607 GLENRIDGE DRIVE SUITE 500 ATLANTA GA 30342 |
| PINEBRIDGE VANTAGE CAPITAL, L.P. | ATTN. WINSTON CHOW 399 PARK AVENUE, 4TH FLOOR NEW YORK NY 10022 |
| RICOH AMERICAN CORPORATION | 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087-1453 |
| RICOH AMERICAS CORP. | 1111 OLD EAGLE SCHOOL RD WAYNE PA 19087-1453 |
| U.S. BANK NATIONAL ASSOCIATION | ATTN. MICHAEL HOPKINS 225 ASYLUM STREET, 23RD FLOOR HARTFORD CT 06103 |
| U.S. BANK NATIONAL ASSOCIATION, | AS ADMINISTRATIVE AGENT ATTN. MICHAEL HOPKINS 225 ASYLUM STREET, 23RD FLOOR HARTFORD CT 06103 |

**Total Creditor count  16**

**PCD FIRSTDAYS 8-20-13**

Deborah A. Ibrahim, Vice President
U.S. Bank Global Corporate Trust Services
One Federal Street
Boston, MA 02110

**PCD FIRSTDAYS 8-20-13**

William G. Rock
Kathleen M. LaManna, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

**PCD FIRSTDAYS 8-20-13**

Michael M. Hopkins, CCTS
Vice President
U.S. Bank National Association
225 Asylum Street, 23rd Floor
Hartford, CT 06103

**PCD FIRSTDAYS 8-20-13**

Paul J. Labov
Dana G. Hefter
Edwards Wildman Palmer LLP
750 Lexington Avenue
New York, NY 10022

**EXHIBIT B**

PCD FIRSTDAYS 8-19-13

The Law Offices of Collin L. Hayes, PC
2435 N. Central Expressway, Suite 1200
Richardson, TX 75080

**EXHIBIT C**

# PERSONAL COMMUNICATIONS DEVICES, LLC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CALIFORNIA STATE BOARD OF EQUALIZAITON | 3321 POWER INN ROAD SUITE 210 SACRAMENTO CA 95826-3889 |
| CALIFORNIA STATE BOARD OF EQUALIZATION | P.O. BOX 942879 SACRAMENTO CA 94279-7072 |
| CALIFORNIA STATE BOARD OF EQUALIZATION | 3321 POWER INN RD STE. 210 SACRAMENTO CA 95826-3889 |
| COMMISSIONER OF MOTOR VEHICLES | REG RENEWAL CENTER 207 GENESEE ST SUITE 6 UTICA NY 13501-5899 |
| COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATIONS DIVISION TAXPAYER SERVICE SECTION 110 CARROLL STREET ANPOLIS MD 21411 |
| COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B. JOHNSON STATE OFFICE BUILDING 111 EAST 17TH STREET AUSTIN TX 78774 |
| DEANNA VARRICCHIO | RECEIVER OF TAXES 99 WEST MAIN STREET SMITHTOWN NY 11787 |
| DELAWARE SECRETARY OF STATE | DELAWARE DIVISION OF CORPORATIONS P.O. BOX 5509 BINGHAMTON NY 13902-5509 |
| DELAWARE SECRETARY OF STATE | ATTN: BANKRUPTCY / FRANCHISE TAX DEPT. TOWNSEND BUILDING SUITE 1, 401 FEDERAL STREET DOVER DE 19901 |
| DEPARTMENT OF INDUSTRIAL RELATIONS | 1515 CLAY STREET SUITE 1302 OAKLAND CA 94612-1499 |
| DEPARTMENT OF LABOR & INDUSTRIES | 315 5TH AVE A SUITE 200 SEATTLE WA 98104-2607 |
| DEPARTMENT OF LABOR & INDUSTRIES | P.O. BOX 34022 SEATTLE WA 98124-1022 |
| DEPARTMENT OF STATE | DIVISION OF CORPORATIONS ONE COMMERCE PLAZA 99 WASHINGTON AVENUE ALBANY NY 12231-0002 |
| DEPT. OF HOMELAND SECURITY | USCIS - TEXAS SERVICE CENTER 4141 NORTH ST. AUGUSTINE ROAD DALLAS TX 75227 |
| FLORIDA DEPARTMENT OF REVENUE | 5050 W. TENNESSEE STREET TALLAHASSEE FL 32399-0120 |
| FRANCHISE TAX BOARD | P.O. BOX 942857 SACRAMENTO CA 94257-0651 |
| FRANCHISE TAX BOARD | 3321 POWER INN ROAD SUITE 250 SACRAMENTO CA 95826-3893 |
| INCORPORATED VILLAGE OF ISLANDIA | 1100 OLD NICHOLS RD ISLANDIA NY 11749 |
| LOUISIANA DEPARTMENT OF REVENUE | 617 NORTH THIRD STREET BATON ROUGE LA 70821-0201 |
| NEVADA DEPARTMENT OF TAXATION | 1550 COLLEGE PARKWAY SUITE 115 CARSON CITY NV 89706 |
| NEW YORK STATE PROCESSING CENTER | 431 C BROADWAY ALBANY NY 12204-2836 |
| NYS DEPT. OF ENVIRONMENTAL CONSERVATION | 625 BROADWAY ALBANY NY 12233-0001 |
| NYS ESTIMATED INCOME TAX | DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12217 |
| NYS ESTIMATED INCOME TAX | PROCESSING CENTER P.O. BOX 4123 BINGHAMTON NY 13902-4123 |
| NYS ESTIMATED TAX- NEW YORK | DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12217 |
| NYS ESTIMATED TAX- NEW YORK | PROCESSING CENTER P.O. BOX 4123 BINGHAMTON NY 13902-4123 |
| NYS SALES TAX PROCESSING CENTER | P.O. BOX 15168 ALBANY NY 12212-5168 |
| NYS SALES TAX PROCESSING CENTER | DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12217 |
| NYS UNEMPLOYMENT INSURANCE | NYS DEPARTMENT OF LABOR BUILDING 12 W.A. HARRIMAN CAMPUS ALBANY NY 12240 |
| NYS UNEMPLOYMENT INSURANCE | P.O. BOX 4301 BINGHAMTON NY 13902-4301 |
| ORANGE COUNTY | TREASURER-TAX COLLECTOR 625 N. ROSS ST, BLDG 11, ROOM G58 SANTA ANA CA 92702-1438 |
| ORANGE COUNTY HEALTH CARE AGENCY | ATTN: ACCOUNTING SECTION 1241 EAST DYER ROAD, SUITE 120 SANTA ANA CA 92705-5611 |
| ORANGE COUNTY- CALIFORNIA | TREASURER-TAX COLLECTOR 625 N. ROSS ST, BLDG 11, ROOM G58 SANTA ANA CA 92702-1438 |
| STATE OF NEW JERSEY | MILL HILL PROCESSING CENTER 160 SOUTH BROAD STREET TRENTON NJ 08625 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | 111 E. 17TH STREET AUSTIN TX 78774-0100 |
| TOWN OF SMITHTOWN | BUILDING DEPARTMENT 99 WEST MAIN STREET P.O. BOX 9090 SMITHTOWN NY 11787 |
| TOWN OF SMITHTOWN | COMPTROLLER'S OFFICE 40 MAPLE AVENUE SMITHTOWN NY 11787 |

**Total Creditor count  37**

**EXHIBIT D**

PERSONAL COMMUNICATIONS DEVICES, LLC

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| APPTIX, INC | DBA MAILSTREET DEPT CH 19172 PALATINE IL 60055-9172 |
| APPTIX, INC. | DBA MAILSTREET 5505 N. CUMBERLAND AVE., SUITE 307 CHICAGO IL 60656-1471 |
| AT&T | P.O. BOX 5025 CAROL STREAM IL 60197-5025 |
| AT&T | P.O. BOX 5025 CAROL STREAM IL 60197-5205 |
| AT&T | 208 SOUTH AKARD STREET DALLAS TX 75202 |
| AT&T | C/O MIDLAND BANKRUPTCY 5407 ANDREWS HWY. MIDLAND TX 79706 |
| BREA DISPOSAL | P.O. BOX 78829 PHOENIX AZ 85062-8829 |
| BREA DISPOSAL | 1131 N BLUE GUM ST ANEHEIM CA 92806-2408 |
| CABLEVISION LIGHTPATH, INC. | 200 JERICHO QUADRANGLE JERICHO NY 11753 |
| CABLEVISION LIGHTPATH, INC. | P.O. BOX 36011 PITTSBURGH PA 15251-6111 |
| CITY OF BREA | 1 CIVIC CENTER CIRCLE BREA CA 92821 |
| CITY OF BREA | 1 CIVIC CENTER CIRCLE P.O. BOX 2237 BREA CA 92822-2237 |
| GLOBAL CROSSING | 4010 EXECUTIVE PARK DR # 208 CINCINNATI OH 45241 |
| GLOBAL CROSSING | P.O. BOX 741276 CINCINNATI OH 45274-1276 |
| GLOBAL CROSSING TELECOMMUNICATIONS | 550 SOUTH 24TH STREET W. SUITE 103 BILLINGS MT 59102-6361 |
| LIPA | 15 PARK DRIVE MELVILLE NY 11747 |
| LIPA | P.O. BOX 9039 HICKSVILLE NY 11802-9686 |
| METS ROLL OFF SERVICE, INC. | 311 WINDING ROAD OLD BETHPAGE NY 11804 |
| METS ROLL-OFF SERVICE, INC. | 311 WINDING ROAD OLD BETHPAGE NY 11803 |
| NATIONAL GRID | P.O. BOX 9040 HICKSVILLE NY 11802-9500 |
| NATIONAL GRID | 40 SYLVAN ROAD WALTHAM MA 02451 |
| PREMIERE GLOBAL SERVICES, INC. | 3280 PEACHTREE RD NE STE 1000 ATLANTA GA 30305 |
| PREMIERE GLOBAL SERVICES, INC. | P.O. BOX 404351 ATLANTA GA 30384-4351 |
| SOUTHERN CALIFORNIA EDISON CO. | P.O. BOX 6400 RANCHO CUCAMONGA CA 91729-6400 |
| SOUTHERN CALIFORNIA EDISON CO. | 2244 WALNUT GROVE AVE ROSEMEAD CA 91770 |
| SOUTHERN CALIFORNIA EDISON CO. | P.O. BOX 300 ROSEMEAD CA 91772-0001 |
| SPRINT | PO BOX 5025 CAROL STREAM IL 60197-5025 |
| SPRINT PCS | 2 EASTERN OVAL SUITE 400 COLUMBUS OH 43219 |
| SPRINT PCS | PO BOX 54977 LOS ANGELES CA 90054 |
| SUFFOLK COUNTY WATER AUTHORITY | 2045 ROUTE 112 SUITE 500 CORAM NY 11727 |
| U.S. CELLULAR | P.O. BOX 0203 PALATIME IL 60055-0203 |
| U.S. CELLULAR | 8410 W. BRYN MAWR CHICAGO IL 60631 |
| VERIZON BUSINESS | 140 WEST STREET NEW YORK NY 10007 |
| VERIZON BUSINESS | P.O. BOX 371392 PITTSBURGH PA 15251-7392 |
| VERIZON WIRELESS | P.O. BOX 408 NEWARK NJ 07101-0408 |

**Total Creditor count  35**

**EXHIBIT E**

PERSONAL COMMUNICATION DEVICES LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AEROVOICE COM | 2265 E. EL SEGUNDO BLVD. EL SEGUNDO CA 90245 |
| ALASKA COMM.SYSTEM HOLDINGS, INC. | DBA ACS WIRELESS INC. 600 TELEPHONE AVENUE ANCHORAGE AK 99503 |
| AT&T MOBILITY & AFFILIATES | SUPPLIER# 11762132 P.O. BOX 66786 ST.LOUIS MO 63166 |
| BLUEGRASS CELLULAR, INC. | 2902 RING ROAD ELIZABETHTOWN KY 42701 |
| BRIGHTPOINT NORTH AMERICA, L.P. | 501 AIRTECH HWY. PLAINFIELD IN 46168 |
| BRIGHTSTAR US, INC. | 1001 TECHNOLOGY WAY LIBERTYVILLE IL 60048 |
| C SPIRE WIRELESS | CELLULAR SOUTH, INC. 1018 HIGHLAND COLONY PKWY, SUITE 390 RIDGELAND MS 39157-2068 |
| CELLCOM | BROWN COUNTY CELL.MSA LTP.PART P.O BOX 19079 GREEN BAY WI 54307-9079 |
| CYNERGYHITECH | 6080 NORTHBELT DRIVE NORCROSS GA 30071 |
| DELPHI ELECTRONICS AND SAFETY | P.O. BOX 9005 KOKOMO IN 46904-9005 |
| DEMI HOLDING CORP. | 6 MORRING DRIVE BELLPORT NY 11713 |
| FACEY COMMODITY COMPANY LIMITED | 53 NEWPORT BLVD., NEWPORT WEST KINGSTON JAMAICA |
| MOBIPCS | PACIFIC GUARDIAN CENTER-MAKAI TOWER 733 BISHOP STREET SUITE 1200 HONOLULU HI 96813 |
| NTELOS, INC. | P.O. BOX 1990 WAYNESBORO VA 22980 |
| OPEN MOBILE | PR WIRELESS, INC. PMB 856, P.O.BOX 7891 GUAYNABO PUERTO RICO |
| PIONEER TELEPHONE COOPERATIVE, INC. | DBA PIONEER/ENID CELLULAR P.O. BOX 539 KINGFISHER OK 73750 |
| QUALITY ONE WIRELESS, LLC | 1500 TRADEPORT DR., STE. A ORLANDO FL 32824 |
| SHINE ELECTRONICS CO., INC. | 11-15 46 AVENUE LONG ISLAND CITY NY 11101 |
| SPRINT/NEXTEL SYSTEMS CORP | P.O. BOX 63670 PHOENIX AZ 85082-3670 |
| T-MOBILE PCS HOLDINGS LLC | P.O. BOX 3245 PORTLAND OR 97208-3245 |
| UNITED STATES CELLULAR | P.O. BOX 628430 MIDDLETON WI 53562-8430 |
| VERIZON WIRELESS | VENDOR# 0000090260 P.O. BOX 2167 FOLSOM CA 95763-2167 |
| VERTEX WIRELESS, LLC | 500 WEGNER DRIVE WEST CHICAGO IL 60185 |

**Total Creditor count  23**

**EXHIBIT F**

PERSONAL COMMUNICATIONS DEVICES LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK DIRECT CAPITAL FINANCE | TWO CONWAY PARK 150 NORTH FIELD DR., SUITE 190 LAKE FOREST IL 60045 |
| CALIFORNIA AIR RESOURCES BOARD | 1001 "I" STREET P.O. BOX 2815 SACRAMENTO CA 95812 |
| CALIFORNIA ATTORNEY GENERAL | ATTN: KAMALA HARRIS (D) 1300 I ST. STE. 1740 SACRAMENTO CA 95814 |
| CALIFORNIA DEPARTMENT OF CONSERVATION | 801 K STREET, MS 24-01 SACRAMENTO CA 95814 |
| CALIFORNIA DEPARTMENT OF TOXIC | SUBSTANCES CONTROL P.O. BOX 806 SACRAMENTO CA 95812-0806 |
| CALIFORNIA DEPT OF TOXIC SUBSTANCES | CONTROL 700 HEINZ AVE SUITE 200 BERKELEY CA 94710 |
| CALIFORNIA ENVIRONMENTAL PROTECTION | AGENCY 1001 I STREET P.O. BOX 942836 SACRAMENTO CA 95812-2815 |
| CALIFORNIA INTEGRATED WASTE MANAGEMENT | BOARD 1001 I STREET P.O. BOX 4025 SACRAMENTO CA 95812-4025 |
| CIGNA LIFE INSURANCE CO. OF NEW YORK | 499 WASHINGTON BVLD., 4TH FLOOR JERSEY CITY NJ 07310 |
| FIRST INSURANCE FUNDING CORP. | 450 SKOKIE BLVD SUITE 1000 NORTHBROOK IL 60062 |
| FLATIRON CAPITAL | 1700 LINCOLN STREET 12TH FLOOR DENVER CO 80203 |
| FLORIDA ATTORNEY GENERAL | ATTN: PAM BONDI (R) THE CAPITOL PL 01 TALLAHASSEE FL 32399-1050 |
| KANSAS ATTORNEY GENERAL | ATTN: DEREK SCHMIDT (R) 120 S.W. 10TH AVE. 2ND FL TOPEKA KS 66612-1597 |
| KEY EQUIPMENT FINANCE | 11030 CIRCLE POINT RD 2ND FLOOR WESTMINSTER CO 80020 |
| LOUISIANA ATTORNEY GENERAL | ATTN: JAMES D. "BUDDY" CALDWELL (R) P.O. BOX 94095 BATON ROUGE LA 70804-4095 |
| MARYLAND ATTORNEY GENERAL | ATTN: DOUGLAS F. GANSLER (D) 200 ST. PAUL PLACE BALTIMORE MD 21202-2202 |
| NEVADA ATTORNEY GENERAL | ATTN: CATHERINE CORTEZ MASTO (D) OLD SUPREME CT. BLDG. 100 N. CARSON ST. CARSON CITY NV 89701 |
| NEW JERSEY ATTORNEY GENERAL | ATTN: JEFFREY S. CHIESA (R) RICHARD J. HUGHES JUSTICE COMPLEX 25 MARKET STREET PO BOX 080 TRENTON NJ 08625 |
| NEW YORK ATTORNEY GENERAL | ATTN: ERIC SCHNEIDERMAN (D) DEPT. OF LAW - THE CAPITOL 2ND FL. ALBANY NY 12224 |
| NEW YORK STATE | DEPARTMENT OF ENVIRONMENTAL CONSERVATION 625 BRAODWAY ALBANY NY 12233-1011 |
| TEXAS ATTORNEY GENERAL | ATTN: GREG ABBOTT (R) CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 |
| WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON (D) 1125 WASHINGTON ST. SE PO BOX 40100 OLYMPIA WA 98504-0100 |

**Total Creditor count  22**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| AIR CITY (HONG KONG) | 1/F YEUNG YIU CHUNG #8 IND BLDG 20 WANG HOI ROAD KOWLOON BAY HONG KONG |
| AIR CITY, INC. | 153-63 ROCKAWAY BOULEVARD ROOM 200 JAMAICA NY 11434 |
| ATC LOGISTICS & ELECTRONICS, INC. | 13500 INDEPENDENCE PARKWAY FORT WORTH TX 76177 |
| CON-WAY FREIGHT INC. | 9151 BOULEVARD 26 BUILDING A N. RICHLAND HILLS TX 76180 |
| CONNEXION (PANAMA) | CALLE 50, EDIFICIO BANK 16TH FLOOR OFFICE 1610 PANAMA CITY PANAMA |
| CONSOLIDATED SHIPPERS, INC. | 785 ERICKSEN AVE SUITE 111-115 BAINBRIDGE ISLAND WA 98110 |
| COSMO FREIGHT SOLUTIONS, INC. | 145-47 155TH STREET, 2ND FLOOR JAMAICA NY 11434 |
| COVENANT TRANSPORATION | P.O. BOX 22997 CHATTANOOGA TN 37422 |
| CUSTOM GLOBAL LOGISTICS | P.O. BOX 3330 NORTHLAKE IL 60164-3330 |
| FASHION FORWARD WORLDWIDE CORPORATION | 366 PEARSALL AVENUE SUITE #7 CEDARHURST NY 11516 |
| FEDERAL EXPRESS CORPORATION | P.O. BOX 360353 PITTSBURGH PA 15250-6353 |
| FEDEX FREIGHT | 200 FORWARD DR. HARRISON AZ 72602-0840 |
| GIVENS LOGISTICS, LC | 1720 S. MILITARY HIGHWAY CHESAPEAKE VA 22320 |
| GLOBE CON FREIGHT SYSTEMS, INC. | 18420 S. BROADWICK STREET RANCHO DOMINGUEZ CA 90220 |
| H & FRIENDS GTL (USA) INC. | 145-69 226TH STREET SPRINGFIELD GARDENS NY 11413 |
| IMPORT COMMODITY GROUP, LTD. | 500 MERRICK ROAD LYNBROOK NY 11563 |
| INTERNATIONAL WAREHOUSE GROUP | 290 SPAGNOLI ROAD MELVILLE NY 11747 |
| KERRY FREIGHT (USA) INC. | JFK INT'L AIRPORT BLDG. #75 NORTH HANGAR ROAD JAMAICA NY 11430 |
| KINTETSU WORLD EXPRESS (USA) INC. | W502059 P.O. BOX 7777 PHILADELPHIA PA 19175-2059 |
| ON-TIME EXPRESS (HONG KONG) | UNIT 18 1ST FLOOR SINO INDUSTIAL PLAZA NO. 9 KAI CHEUNG ROAD KOWLOON BAY HONG KONG |
| PILOT FREIGHT SERVICES | P.O. BOX 97 LIMA PA 19037-0097 |
| SHARK LINES, INC. | 194 MORRIS AVENUE UNIT 45 HOLTVILLE NY 11742 |
| SHEA TRUCKING | 1600 NEW HIGHWAY SUITE 4 FARMINGDALE NY 11735 |
| TED SOLOMON TRUCKING, INC. | 5451 WEST 104TH ST LOS ANGELES CA 90045 |
| TRANSPARENT CONTAINER COMPANY, INC. | 31006 NETWORK PLACE CHICAGO IL 60673 |
| UNITED PARCEL SERVICE | P.O. BOX 7247-0244 PHILADELPHIA PA 19170-0001 |
| VORTEX | 2025 NW 102ND AVE. DORAL FL 33172 |

**Total Creditor count  27**

**EXHIBIT H**

| | | |
|---|---|---|
| PATTON BOGGS LLP | ATTN: ADAM S. CONNATSER | aconnatser@pattonboggs.com |
| EDWARDS WILDMAN PALMER LLP | CHRISTINE DREYER MCCAY | cmccay@edwardswildman.com |
| LATHAM & WATKINS LLP | ATTN: JOSH TINKELMAN | JOSHUA.TINKELMAN@lw.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN:  JOSEPH J. WIELEBINSKI | jwielebinski@munsch.com |
| SECURITIES & EXCHANGE COMMISSION | ANDREW CALAMARI, REGIONAL DIRECTOR | newyork@sec.gov |
| TAX DIVISION OF THE U.S. DEPARTMENT OF JUSTICE | | tax.mail@usdoj.gov |
| | | |
| PANTECH | | Charles Park gpark@pantech.com |
| PANTECH | | Alex Seo bsseo@pantech.com |

wrock@goodwin.com
deborah.ibrahim@usbank.com
klamanna@goodwin.com
michael.hopkins1@usbank.com

**EXHIBIT I**

| NAME | FAX |
|------|-----|
| SECURITIES & EXCHANGE COMMISSION | 202-772-9317 |
| LATHAM & WATKINS LLP ATTN J TINKELMAN | 212-751-4864 |
| PATTON BOGGS LLP ATTN A CONNATSER | 214-758-1550 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | 631-715-7922 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | 718-254-6479 |
| EDWARDS WILDMAN PALMER LLP ATTN C MCCAY | 866-955-8981 |
| OFFICE OF THE UNITED STATES TRUSTEE | 631-715-7777 |

| Creditor Name | Fax |
|---|---|
| AIR CITY, INC. | 718-949-2907 |
| AMERICAN EXPRESS CPS REMITTANCE PROCESSING | 212-619-9230 |
| ANDREWS INTERNATIONAL, INC. | 661-775-8794 |
| ATC LOGISTICS & ELECTRONICS, INC. | 817-490-4320 |
| CORNING DATA SERVICES, INC. | 607-936-0495 |
| COVENANT TRANSPORATION | 423-821-5442 |
| COVENANT TRANSPORATION | 423-821-5442 |
| CRICKET COMMUNICATIONS | 858-882-6010 |
| CYNERGYHITECH | 770-277-2765 |
| FASHION FORWARD WORLDWIDE CORPORATION | 516-371-8883 |
| FEDERAL EXPRESS CORPORATION | 800-548-3020 |
| FEDERAL EXPRESS CORPORATION | 800-548-3020 |
| GOODWIN PROCTOR LLP | 650-853-1038 |
| HTC AMERICA, INC. | 425-861-1715 |
| HUAWEI DEVICE USA, INC. | 214-919-6617 |
| LBA REALTY, LLC | 949-851-2321 |
| M SEVEN SYSTEM, LTD | 82-2-2057-0183 |
| NEXIUS SOLUTIONS, INC. | 703-991-8476 |
| ONECAP SERVICES LLC ATTN R HECHT | 516-612-6137 |
| PANTECH CO., LTD. | 82-2-2030-2563 |
| PANTECH WIRELESS, INC. | 404-236-2423 |
| PILOT FREIGHT SERVICES | 610-565-4267 |
| PILOT FREIGHT SERVICES | 610-565-4267 |
| PRIMELINE SERVICES, LLC | 516-252-1854 |
| RECHLER EQUITY CONSTRUCTION, LLC | 631-414-8401 |
| REP 80 ARKAY DRIVE, LLC | 631-414-8401 |
| RICHARDS GROUP, INC. | 214-346-4873 |
| RICHTER CONSULTING, INC. | 312-828-0500 |
| SELECTIVE PERSONNEL, INC. | 631-348-7318 |
| SELECTIVE PERSONNEL, INC. | 631-348-7318 |
| SHINE ELECTRONICS CO., INC. | 718-392-6258 |
| TCT MOBILE MULTINATIONAL LIMITED | 0752-2611815 |
| TRANSPARENT CONTAINER COMPANY, INC. | 630-860-3651 |
| WISTRON NEWEB CORPORATION | 886-3-6662977 |
| ZTE (USA), INC. | 972-331-8094 |

**EXHIBIT J**

| Creditor Name | Fax |
|---|---|
| APPTIX, INC | 866-955-9399 |
| AT&T | 302-655-5049 |
| AT&T | 866-425-9278 |
| BREA DISPOSAL | 714-238-3304 |
| CABLEVISION LIGHTPATH, INC. | 516-803-5662 |
| CITY OF BREA | 714-990-2258 |
| GLOBAL CROSSING | 866-418-0232 |
| LIPA | 516-545-2244 |
| METS ROLL-OFF SERVICE, INC. | 225-292-0894 |
| NATIONAL GRID | 508-357-4730 |
| PREMIERE GLOBAL SERVICES, INC. | 404-262-8540 |
| SOUTHERN CALIFORNIA EDISON CO. | 626-302-2517 |
| VERIZON BUSINESS | 212-571-1897 |