UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In Re:

PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,

                                                CHAPTER 11
                                                Case No: 813-74303-ast
                                                               813-74304-ast
                                                              (Jointly Administered)

                                   Debtors.
-------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL COMMITTEE
## OF UNSECURED CREDITORS

                  Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtors, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1.    HTC
      13920 SE Eastgate Way
      Suite 400
      Bellevue, WA 98005

2.    Pantech Co., Ltd.
      Pantech Building 179
      Seongam-ro,
      Mapo-gu
      Seoul, Korea 121-792

3.    Jim Wodach
      TCT Mobile Inc
      25 Edelman, Suite 200
      Irvine, CA 92618

Dated: Central Islip, New York
        August 26, 2013

                                   ***/s/ Christine H. Black***
                                    Christine H. Black
                                    Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
In Re:

PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,

CHAPTER 11
Case No: 813-74303-ast
           813-74304-ast
           (Jointly Administered)

         Debtors.
---------------------------------------------------------------------X

## CERTIFICATION OF SERVICE OF THE
## NOTICE OF THE APPOINTMENT OF THE
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS


      I, Joann Lomangino, am employed at the Office of the United States Trustee for the Eastern District of New York, hereby certify that I caused a copy of the annexed  Notice of Appointment of the Official Committee of Unsecured Creditors to be served by regular mail upon the persons listed on the attached list by mailing the same to their last known addresses.


Dated: Central Islip,  New York
      August 26, 2013


                  ***/s/ Joann Lomangino***
                  Joann Lomangino

**SERVICE LIST**

HTC
13920 SE Eastgate Way
Suite 400
Bellevue, WA 98005

Pantech Co., Ltd.
Pantech Building 179
Seongam-ro,
Mapo-gu
Seoul, Korea 121-792

Jim Wodach
TCT Mobile Inc
25 Edelman, Suite 200
Irvine, CA 92618

Emanuel C Grillo
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018