UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                Case Nos.:    13-74303-ast
                                                                                            13-74303-ast
PERSONAL COMMUNICATIONS
DEVICES, LCC, et al.,                                          (Jointly Administered)

           Debtors.                                        Chapter 11
----------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, **Mark A. Salzberg**, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney, upon compliance with the directive in this Order, may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The above-named attorney is required to pay a **$25.00** attorney admission fee to the United States District Court. Checks should be made payable to **Clerk, U.S. District Court**. Payment may be directed to the District Court Clerk's Office at 225 Cadman Plaza East, Brooklyn, New York 11201 or 100 Federal Plaza, Central Islip, New York 11722. A copy of this Order should accompany payment, whether payment is made in person or by mail. Payment is due within **fourteen 14 business days** of the date of this Order.

The Clerk of the Bankruptcy Court is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on Debtor's proposed counsel, counsel for any official committees, the Office of the United States Trustee, and all parties who filed notices of appearance, and file a certificate of such service within **fourteen (14) days** of the date hereof.

**Dated: September 10, 2013**                                         _____
**Central Islip, New York**                                                **Alan S. Trust**
                                                                           **United States Bankruptcy Judge**