**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the
Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PERSONAL COMMUNICATIONS | ) | Case No.  13-74303 (AST) |
| DEVICES, LLC, *et al.*,[1] | ) | 13-74304 (AST) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing to be held on **Friday, September 20, 2013, at**

**11:00 a.m. (Prevailing Eastern Time)** before the Honorable Alan S. Trust, United States

---

[1]  The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are:  Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).  The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722, Courtroom 960, to consider the motions set forth below:

1. Motion of the Debtors for an Order (I) Authorizing Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers, and Other Transportation Lien Claimants and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 13]

2. Motion of the Debtors for an Order Approving the Continuation of Prepetition Retention Program [Docket No. 14]

3. (Final Order) Motion of the Debtors for Interim and Final Orders (A) Prohibiting Utility Companies from Discontinuing, Altering, or Refusing Service, (B) Deeming Utility Companies to Have Adequate Assurance of Payment, and (C) Establishing Procedures for Resolving Requests for Additional Assurance [Docket No. 7]

4. Motion of the Debtors for an Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals [Docket No. 90]

5. Application for Order Pursuant to Sections 327(A) and 328 of the Bankrupty Code Authorizing the Employment and Retention of Goodwin Procter LLP as Bankruptcy Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 95]

6. Application of the Debtors For the Entry of an Order Authorizing and Approving The Employment and Retention of Epiq Bankruptcy Solutions, LLC as Administrative Advisor for the Debtors and Debtors In Possession *Nunc Pro Tunc* To the Petition Date [Docket No. 94]

7. Application for Order Authorizing the Employment and Retention of Richter Consulting, Inc. as Financial Advisor to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 92]

8. Debtors' Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014, 2016 and 6003 Authorizing the Employment and Retention of Togut, Segal & Segal LLP as Co-Counsel to the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [Docket No. 93]

9. Application for Order Authorizing the Retention and Employment of BG Strategic Advisors, LLC, *Nunc Pro Tunc* to the Petition Date, as Investment Banker to the Debtors Pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code [Docket No. 91]

**PLEASE TAKE FURTHER NOTICE** that objections to any of the relief requested in the foregoing motions must be filed no later than **September 16, 2013 at 5:00 p.m. (Prevailing Eastern Time)** and served on the following parties:

| Debtors' Counsel | Counsel to all Official Committees |
|---|---|
| Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Attn:   Emanuel C. Grillo<br>            (egrillo@goodwinprocter.com)<br>            Matthew L. Curro<br>            (mcurro@goodwinprocter.com) | Perkins Coie LLP<br>30 Rockefeller Plaza<br>22nd Floor<br>New York, New York 10112<br>Attn:  Schuyler G. Carroll, Esq.<br>           (scarroll@perkinscoie.com) |
| **Counsel to JPMorgan Chase** | **Counsel to PineBridge Investments** |
| Edwards Wildman Palmer LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>Attn:   David L. Ruediger<br>            (druediger@edwardswildman.com)<br>            Charles L. Glerum<br>            (cglerum@edwardswildman.com) | Patton Boggs LLP<br>2000 McKinney Avenue<br>Suite 1700<br>Dallas, Texas 75201<br>Attn:   J. Maxwell Tucker<br>            (mtucker@pattonboggs.com)<br>            Mark A. Salzberg<br>            (msalzberg@pattonboggs.com) |
| **Counsel to DLJ Investment Partners** | **Office of the United States Trustee** |
| Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022<br>Attn:   Joshua A. Tinkelman<br>            (joshua.tinkelman@lw.com)<br>            Adam J. Goldberg<br>            (adam.goldberg@lw.com) | Office of the United States Trustee<br>Alfonse D'Amato Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722<br>Attn:   Alfred M. Dimino |

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced above and all other documents filed in the Debtors' chapter 11 cases may be obtained from the Court's website at http://www.nyeb.uscourts.gov/ and the Debtors' proposed notice and claims agent, Epiq Bankruptcy Solutions, LLC, at **http://dm.epiq11.com/PCD**.  Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov).

| | |
|---|---|
| Dated: September 10, 2013<br>New York, New York | Respectfully submitted,<br><br> /s/  Emanuel C. Grillo<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>Tel:  (212) 813-8800<br>Fax:  (212) 355-3333<br>Emanuel C. Grillo<br>Matthew L. Curro<br>Christopher Newcomb<br><br>*- and -*<br><br>**TOGUT, SEGAL & SEGAL LLP**<br>One Penn Plaza, Suite 3335<br>New York, New York  10119<br>Tel:  (212) 594-5000<br>Frank A. Oswald<br>David A. Paul<br>Leo Muchnik<br><br>*Proposed Co-Counsel to the*<br>*Debtors and Debtors in Possession* |