> **Please take notice that the Sale Hearing is taking place at the United States Bankruptcy Court located in Brooklyn, New York**

**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Fax: (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
Tel: (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the
Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
| PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,[1] | ) Case No. 13-74303 (AST) <br> ) 13-74304 (AST) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON OCTOBER 10, 2013 AT 10:00 A.M.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

1.  Debtors' Motion for Entry of Order (A)(I) Approving Bidding Procedures Relating to Sale of the Debtors Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief and (B)(I) Approving Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets; (II) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (III) Authorizing The Assumption, Sale And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief (Filed: August 19, 2013) [Docket No. 10]

    Related Documents:

    A.  Ex Parte Motion of the Debtors to Shorten Time with Respect to Hearing on Debtors' Motion for Entry of Order Approving Bidding Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief (Filed: August 20, 2013) [Docket No. 11]

    B.  Order Shortening Time with Respect to Hearing on Debtors' Motion for Entry of an Order (I) Approving Bidding Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief (Filed: August 21, 2013) [Docket No. 37]

    C.  Declaration of David Saperstein In Support of Debtors' Motion for Entry of Orders: (A)(I) Approving Bidding Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Substantially All of the Debtors' Assets; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief (Filed: August 23, 2013) [Docket No. 47]

    D.  Order (I) Approving Bidding Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale

  by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief (Filed: September 16, 2013) [Docket No. 116]

E.  Affidavit of Service regarding Bid Procedures Order (Filed: September 19, 2013) [Docket No. 123]

F.  Affidavit of Service regarding Notice of Bidding Procedures, Auction and Sale Hearing (Filed: September 20, 2013) [Docket No. 125]

G.  Notice of (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts and (III) Deadline to Object Thereto (Filed: September 23, 2013) [Docket No. 136]

H.  Affidavit of Service regarding Notice of Notice of (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts and (III) Deadline to Object Thereto (Filed: September 26, 2013) [Docket No. 138]

I.  Supplemental Notice of (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts and (III) Deadline to Object Thereto (Filed: October 2, 2013) [Docket No. 159]

J.  Stalking Horse Bidder's Notice of Designation of Contracts or Leases to be Assumed and Assigned Upon Sale of Substantially All of the Debtors' Assets (Filed: October 8, 2013) [Docket No. 176]

K.  Supplemental Notice of (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts and (III) Deadline to Object Thereto (Filed: October 8, 2013) [Docket No. 176]

L.  Notice of Filing of Proposed Final Sale Order (Filed: October 9, 2013)

Objections Due:  October 3, 2013 at 5:00 p.m. (Extended by Consent to October 7, 2013)

Objections Filed:

M.  Oracle's Rights Reservation Regarding Debtors' (1) Motion For Entry Of Orders (I) Approving The Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets; (II) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (III) Authorizing The Assumption, Sale And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief (The Sale Motion); And The Related (2) Notice Of (I) Potential Assumption Of Executory Contracts And Unexpired Leases, (II)

        Fixing Of Cure Amounts And (Ii) Deadline To Object Thereto (Filed: October 2, 2013) [Docket No. 156]

  N.  Limited Objection of Verizon Wireless to Debtors' Notice of (I) Potential Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts and (III) Deadline to Object Thereto, Which Relates to Debtors' Motion for Entry of Orders (I) Approving The Asset Purchase Agreement And Authorizing The Sale Of Substantially All Of The Debtors' Assets; (II) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests; (III) Authorizing The Assumption, Sale And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief (Filed: October 3, 2013) [Docket No. 164]

  O.  Objection of the Official Committee of Unsecured Creditors to Debtors' Motion Regarding Sale by Auction (Filed: October 7, 2013) [Docket No. 177 – Sealed]

  P.  AT&T'S Limited Objection to the Debtors' Sale Motion and the Assumption and Assignment of Certain Executory Contracts (Filed: October 9, 2013) [Docket No. 179]

Replies to Objections:

  Q.  Limited Reply of DLJ to Objection of the Official Committee of Unsecured Creditors to Debtors' Sale Motion (Filed: October 9, 2013) [Docket No. 180]

Status:  Going Forward

2.  Notice of Presentment of Motion of the Debtors to Amend Order (I) Authorizing Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers, and Other Transportation Lien Claimants and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (Filed: October 3, 2013) [Docket No. 160]

Related Documents:

  A.  Motion of the Debtors for an Order (I) Authorizing Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers, and Other Transportation Lien Claimants and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (Filed: August 20, 2013) [Docket No. 13]

B.  Order Pursuant to Sections 1107(A), 1108, 363(B), and 105(A) of the Bankruptcy Code (I) Authorizing Payment of Prepetition Claims of Shippers, Warehousemen, Customs Brokers, and Other Transportation Lien Claimants and (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers (Filed: September 23, 2013) [Docket No. 127]

Objections Due:  October 10 at 11:30 a.m.

Objections Filed:  None

Status:  Presentmeng Going Forward

Dated: October 9, 2013    Respectfully submitted,
New York, New York

 /s/  Emanuel C. Grillo
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Proposed Co-Counsel to the*
*Debtors and Debtors in Possession*