UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    Chapter 11
In re

PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,

Case No. 13-74303-ast
(Jointly Administered)

                Debtors.
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                         ) ss.:
COUNTY OF NASSAU )

    Joanne Connell, being duly sworn, deposes and says:

    That I am not a party to this action, am over 18 years of age and reside in the County of Suffolk in the State of New York;

    On October 31, 2013, deponent caused to serve a true and correct copy of the **JOINDER BY CO-DEFENDANT TO MOTION OF DEFENDANT PHILIP CHRISTOPHER FOR REMAND PURSUANT TO 28 U.S.C. § 1452(b) AND RULES 9027(d) AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

See Annexed Service List

                                        */s/ Joanne Connell*
                                        Joanne Connell

Sworn before me this
31st day of October, 2013

*/s/ Phyllis Halpern*
Notary Public, State of New York
No. 4847763
Qualified in Nassau County
Commission Expires March 30, 2015

2

<u>Service List</u>

Matthew L. Curro
Emanuel C. Grillo
Christopher R. Newcomb
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, New York 11722-4437

Official Committee of Unsecured Creditors
c/o Schuyler G. Carroll
Perkins Cole LLP
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112-0085

907733