```
                              United States Bankruptcy Court
                              Eastern District of New York
In re:                                                                        Case No. 13-74303-ast
Personal Communications Devices, LLC                                          Chapter 11
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0207-8         User: dcorsini              Page 1 of 4                  Date Rcvd: Oct 30, 2013
                             Form ID: pdf000             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2013.
db            +Personal Communications Devices, LLC,   80 Arkay Drive,   Hauppauge, NY 11788-3705
aty           +Eric G. Waxman, III,   Westerman Ball Ederer Miller & Sharfstei,   1201 RXR Plaza,
                Uniondale, NY 11556-1103
aty           +Goodwin Procter LLP,   The New York Times Building,   620 Eighth Avenue,
                New York, NY 10018-1618
aty           +Mark C Haut,   666 Fifth Avenue,   New York, NY 10103-0001
aty           +Togut Segal & Segal LLP,   One Penn Plaza,   Suite 3335,   New York, NY 10119-3395
aty           +Togut, Segal & Segal LLP,   One Penn Plaza,   Suite 3335,   New York, NY 10119-3395,
                UNITED STATES
op            +BG Strategic Advisors LLC,   525 South Flagler Drive,   Suite 200,
                West Palm Beach, FL 33401-5932
cr            +CIT Finance, LLC,   c/o Platzer, Swergold et al,   1065 Avenue of the Americas,   18th Floor,
                New York, NY 10018-1878
cr            +DLJ Investment Partners III, L.P.,   11 Madison Avenue,   New York, NY 10010-3629
cr            +DLJ Investment Partners, L.P.,   11 Madison Avenue,   New York, NY 10010-3629
clmagt        +Epiq Bankruptcy Solutions, LLC,   757 Third Avenue,   Third Floor,   New York, NY 10017-2015
cr            +Hitachi High Technologies America, Inc.,   SorinRand,   515 Madison Ave,   13th Floor,
                New York, NY 10022-5403
intp          +Kostas Kastamonitis,   c/o Westerman Ball Ederer Miller,   & Sharfstein, LLP,   1201 RXR Plaza,
                Uniondale, NY 11556-1103
crcm          +Official Committee of Unsecured Creditors,   c/o Schuyler G. Carroll,   Perkins Coie LLP,
                30 Rockefeller Plaza, 22nd Floor,   New York, NY 10112-2299
jtadmdb       +Personal Communications Devices Holdings, LLC,   80 Arkay Drive,   Hauppauge, NY 11788-3705
cr            +Reliance Communications, LLC,   555 Wireless Boulevard,   Hauppauge, NY 11788-3966
cr            +Richards Partners,   8750 N. Central Expressway,   Suite 100,   Dallas, TX 75231-6431
cr            +TCT Mobile Multinational Ltd.,   Farella Braun + Martel,   Attn: Gary M. Kaplan,
                235 Montgomery St, 18th Fl,   San Francisco, CA 94104-3105
cr            +The Richards Group, Inc.,   8750 North Central Expressway,   Suite 1200,   Dallas, TX 75231-6430
intp          +U.S. BANK N.A.,   c/o Shipman & Goodwin LLP,   One Constitution Plaza,   Hartford, CT 06103-1803
8138878       +AT&T,   c/o: Fulbright & Jaworski, LLP,   Attn: Mark C. Haut,   666 Fifth Avenue,
                New York, NY 10103-3101
8132952       +CIT Finance, LLC,   c/o Platzer, Swergold et al.,   1065 Avenue of the Americas, 18th Floor,
                New York, NY 10018-1878,   Attn:  Clifford A. Katz, Esq.
8120641       +Christopher Newcomb,   Goodwin Procter LLP,   The New York Times Building,   620 Eighth Avenue,
                New York, NY 10018-1618
8123107       +DLJ Investment Partners III LP,   c/o Latham & Watkins, LLP,   885 Third Avenue,
                New York, NY 10022-4834
8133547       +HTC America, Inc. and HTC Corporation,   c/o Reed Smith LLP,   Attn: Edward J. Estrada, Esq.,,
                Attn: John L. Scott, Esq.,   599 Lexington Avenue,   New York, New York 10022-6030
8137773       +Hitachi High Technologies America, Inc.,   SorinRand LLP,   515 Madison Avenue, 13th Floor,
                New York, New York 10022-5403
8126917       +Hitachi High Technologies America, Inc.,   SorinRand LLP,   515 Madison Avenue, 13th Floor,
                New York, New York 10022-5403,   Tel. 212-600-2085
8120047       +JPMorgan Chase Bank, N.A.,   c/o Paul J. Labov, Esq.,   Edwards Wildman Palmer LLP,
                750 Lexington Avenue,   New York, NY 10022-1253
8175284       +Kostas Kastamonitis,   c/o Westerman Ball Ederer Miller & Sharf,   1201 RXR Plaza,
                Uniondale, New York 11556-1103,   Attention:  Richard F. Harrison, Esq.,   (516) 622-9200
8156875       +Latham & Watkins LLP,   885 Third Avenue,   New York, New York 10022-4874
8120621       +Matthew L. Curro,   Goodwin Procter LLP,   The New York Times Building,   620 Eighth Avenue,
                New York, NY 10018-1618
8126443       +Mr. Philip Christopher,   c/o Duane Morris LLP,   Attn: Gerard S. Catalanello, Esq.,
                1540 Broadway,   New York, New York 10036-4086
8154912       +Oracle America, Inc.,   c/o Amish R. Doshi, Esq.,   Magnozzi & Kye, LLP,
                23 Green Street, Suite 302,   Huntington, NY 11743-3336
8136415       +Philip Christopher,   c/o Meyer, Suozzi, English & Klein, P.C.,   990 Stewart Avenue, Suite 300,
                Garden City, NY 11530-9882,   Attn:  Alan E. Marder, Esq.
8136240       +PineBridge Vantage Partners LP,   c/o Mark A Salzberg,   2550 M Street NW,
                Washington DC 20037-1301
8124946        Q1W Newco, LLC/Quality One Wireless, LLC,   c/o Joseph J. Wielebinski,
                Munsch Hardt Kopf & Harr, P.C.,   500 N. Akard Street, Suite 3800,   Dallas, TX 75201-6659
8121860       +Rechler Equity Construction LLC,   REP 80 Arkay Drive LLC, REP C LLP,
                c/o Hamburger, Maxson, Yaffe, Knauer & M,   225 Broadhollow Road, Suite 301E,
                Melville, New York 11747-4898
8163598       +Reed Smith LLP,   599 Lexington Avenue,   New York, New York 10022-7684,
                Attention: John L. Scott, Esq.,   jscott@reedsmith.com
8121177       +Reliance Communications, LLC,   c/o Certilman Balin Adler & Hyman, LLP,   90 Merrick Avenue,
                9th Floor,   East Meadow, NY 11554-1500
8121402       +Richards Partners,   The Richards Group, Inc.,   c/o Lackey Hershman, L.L.P.,
                3102 Oak Lawn Avenue, Suite 777,   Dallas, TX 75219-4259
8134768       +Schuyler G. Carroll,   Gary F. Eisenberg,   Perkins Coie LLP,   30 Rockefeller Center, 22nd Floor,
                New York, New York 10112-2299
8126367       +Shine Electronics Co., Inc.,   c/o David H. Wander, Esq,   DAVIDOFF HUTCHER & CITRON LLP,
                605 Third Avenue, 34th Floor,   New York, New York 10158-3499
8144458       +Shipman & Goodwin LLP,   One Constitution Plaza,   Hartford, CT 06103-1919
```

```
8142521        +Sprint Communications Company L.P.,    c/o David I. Swan,   McGUIREWOODS LLP,
                1750 Tysons Boulevard, Suite 1800,    Tysons Corner, VA 22102-4231,   703-712-5000
8123203        +TCT Mobile Multinational Limited,    c/o Farella Braun + Martel LLP,   Attn: Gary M. Kaplan,
                235 Montgomery Street, 18th Floor,    San Francisco, CA 94104-3105
8120723        +Togut, Segal & Segal LLP,    One Penn Plz., Suite 3335,   New York, NY 10119-3395,
                Attn: Frank A. Oswald, Esq.,,    David A. Paul, Esq., Leo Muchnik, Esq.
8129785        +Unique Display, Inc.,    c/o Avrum J. Rosen, Esq.,   The Law Offices of Avrum J. Rosen, PLLC,
                38 New Street,   Huntington, New York 11743-3463
8135431        +Verizon Wireless,    c/o Angela L. Baglanzis, Esquire,   One Penn Center, 19th Floor,
                1617 JFK Boulevard,    Philadelphia, PA 19103-1821
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             AT&T
intp           CT Corporation
fa             FTI Consulting, Inc
cr             HTC America, Inc.
cr             IP III Plan Investors, L.P.
cr             JPMorgan Chase Bank, N.A.
crcm           Official Committee of Unsecured Creditors
intp           Philip Christopher
cr             PineBridge Co-Investment AIV Partners, L.P.
cr             PineBridge PEP IV Co-Investment, L.P.
cr             PineBridge PEP V Co-Investment, L.P.
cr             PineBridge Plan Star Investment Corp.
cr             PineBridge Vantage Partners
cr             Q1W Newco, LLC and Quality One Wireless, LLC
cr             REP 80 Arkay Drive, LLC
cr             REP C, LLC
cr             Rechler Equity Construction, LLC
fa             Richter Consulting Inc.
cr             Shine Electronics Co., Inc.
cr             Sprint Communications Company L.P.
cr             The Insurance Company of the State of Pennsylvania
cr             Unique Display Inc.
cr             Vantage Star Investment Corp.
op*            +Epiq Bankruptcy  Solutions LLC,    757 Third Avenue,   Third Floor,   New York, NY 10017-2015
cr*            +Oracle America, Inc.,    c/o Amish R. Doshi, Esq.,   Magnozzi & Kye, LLP,   23 Green Street,
                 Suite 302,   Huntington, NY 11743-3336
cr*            +Verizon Wireless,    c/o Angela L. Baglanzis, Esquire,   One Penn Center, 19th Floor,
                 1617 JFK Boulevard,    Philadelphia, PA 19103-1821
                                                                                  TOTALS: 23, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2013 at the address(es) listed below:
              Adam D Cole    on behalf of Plaintiff    Official Committee of Unsecured Creditors on behalf of the
               estates of Personal Communication Devices, LLC, and Personal Communications Devices Holdings,
               LLC cole@ccbllp.com,    dero@ccbllp.com;mccloskey@ccbllp.com
              Adam J Goldberg    on behalf of Creditor    DLJ Investment Partners III, L.P. adam.goldberg@lw.com
              Adam J Goldberg    on behalf of Creditor    DLJ Investment Partners, L.P. adam.goldberg@lw.com
              Adam J Goldberg    on behalf of Creditor    IP III Plan Investors, L.P. adam.goldberg@lw.com
              Adam L Rosen    on behalf of Creditor    Q1W Newco, LLC and Quality One Wireless, LLC ,
               arosen@silvermanacampora.com;sgiugliano@silvermanacampora.com
              Alan  Marder    on behalf of Interested Party Philip  Christopher lgomez@msek.com
              Amanda L VanHoose    on behalf of Creditor    Hitachi High Technologies America, Inc.
               avanhoose@sorinrand.com,    Jim.Argionis@mbtlaw.com;Jack.Carriglio@mbtlaw.com
              Amish R Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Angela L Baglanzis    on behalf of Creditor    Verizon Wireless angela.baglanzis@obermayer.com,
           michele.emory@obermayer.com
          Avrum J Rosen    on behalf of Creditor    Unique Display Inc. ajrlaw@aol.com,
           fkantrow@avrumrosen.law.com;dldobbin@avrumrosenlaw.com;kiberson@avrumrosenlaw.com;lstalker@avrumr
           osenlaw.com;emeade@avrumrosenlaw.com;sdillon@avrumrosenlaw.com
          Christopher  Harris    on behalf of Creditor    DLJ Investment Partners III, L.P.
           christopher.harris@lw.com
          Christopher  Harris    on behalf of Creditor    DLJ Investment Partners, L.P.
           christopher.harris@lw.com
          Christopher  Harris    on behalf of Creditor    IP III Plan Investors, L.P.
           christopher.harris@lw.com
          Christopher R Newcomb    on behalf of Debtor    Personal Communications Devices, LLC
           cnewcomb@goodwinprocter.com
          Christopher R Newcomb    on behalf of Debtor    Personal Communications Devices Holdings, LLC
           cnewcomb@goodwinprocter.com
          Clifford  Katz    on behalf of Creditor    CIT Finance, LLC ckatz@platzerlaw.com
          David A Rosenzweig    on behalf of Creditor    AT&T david.rosenzweig@nortonrosefulbright.com
          David H Wander    on behalf of Creditor    Shine Electronics Co., Inc. dhw@dhclegal.com
          Deborah  Deitsch-Perez    on behalf of Creditor    Richards Partners ddp@lhlaw.net,
           GSH@lhlaw.net;JRW@lhlaw.net
          Deborah  Deitsch-Perez    on behalf of Creditor    The Richards Group, Inc. ddp@lhlaw.net,
           GSH@lhlaw.net;JRW@lhlaw.net
          Edward J Estrada    on behalf of Creditor    HTC America, Inc. eestrada@reedsmith.com
          Emanuel C Grillo    on behalf of Debtor    Personal Communications Devices, LLC
           egrillo@goodwinprocter.com
          Emanuel C Grillo    on behalf of Debtor    Personal Communications Devices Holdings, LLC
           egrillo@goodwinprocter.com
          Emanuel C Grillo    on behalf of Jointly Administered Debtor    Personal Communications Devices
           Holdings, LLC egrillo@goodwinprocter.com
          Gary M Kaplan    on behalf of Creditor    TCT Mobile Multinational Ltd. gkaplan@fbm.com
          Gerard S Catalanello    on behalf of Counter-Claimant Philip  Christopher
           gcatalanello@duanemorris.com
          Gerard S Catalanello    on behalf of Defendant Philip  Christopher gcatalanello@duanemorris.com
          Gerard S Catalanello    on behalf of Interested Party Philip  Christopher
           gcatalanello@duanemorris.com
          Jaspreet S Mayall    on behalf of Creditor    Reliance Communications, LLC
           Jmayall@CertilmanBalin.com,
           cfollett@certilmanbalin.com;afollett@certilmanbalin.com;rlloyd@certilmanbalin.com
          John L Scott    on behalf of Creditor    HTC America, Inc. jscott@reedsmith.com
          Joseph J Wielebinski    on behalf of Creditor    Q1W Newco, LLC and Quality One Wireless, LLC
           jwielebinski@munsch.com,   amonlezun@munsch.com
          Joshua H Epstein    on behalf of Creditor    Hitachi High Technologies America, Inc.
           jepstein@sorinrand.com
          Kathleen M LaManna    on behalf of Interested Party    U.S. BANK N.A. klamanna@goodwin.com,
           bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
          Mark A Salzberg    on behalf of Creditor    PineBridge Vantage Partners msalzberg@pattonboggs.com
          Mark A Salzberg    on behalf of Creditor    PineBridge Plan Star Investment Corp.
           msalzberg@pattonboggs.com
          Mark A Salzberg    on behalf of Creditor    Vantage Star Investment Corp. msalzberg@pattonboggs.com
          Mark A Salzberg    on behalf of Creditor    PineBridge PEP V Co-Investment, L.P.
           msalzberg@pattonboggs.com
          Mark A Salzberg    on behalf of Creditor    PineBridge PEP IV Co-Investment, L.P.
           msalzberg@pattonboggs.com
          Mark A Salzberg    on behalf of Creditor    The Insurance Company of the State of Pennsylvania
           msalzberg@pattonboggs.com
          Mark A Salzberg    on behalf of Creditor    PineBridge Co-Investment AIV Partners, L.P.
           msalzberg@pattonboggs.com
          Matthew L. Curro    on behalf of Debtor    Personal Communications Devices, LLC
           mcurro@goodwinprocter.com
          Matthew L. Curro    on behalf of Debtor    Personal Communications Devices Holdings, LLC
           mcurro@goodwinprocter.com
          Paul  Labov    on behalf of Creditor    JPMorgan Chase Bank, N.A. plabov@edwardswildman.com,
           dhefter@edwardswildman.com
          Schuyler G. Carroll    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           SCarroll@perkinscoie.com,
           JonathanParsons@perkinscoie.com;DocketNYC@perkinscoie.com;allancollins@perkinscoie.com;tmoss@perk
           inscoie.com
          Schuyler G. Carroll    on behalf of Plaintiff    The Official Committee of Unsecured Creditors on
           behalf of the estates of Personal Communications Devices, LLC, and Personal Communications
           Devices Holdings, LLC SCarroll@perkinscoie.com,
           JonathanParsons@perkinscoie.com;DocketNYC@perkinscoie.com;allancollins@perkinscoie.com;tmoss@perk
           inscoie.com
          Shawn Randall Fox    on behalf of Creditor    Sprint Communications Company L.P.
           sfox@mcguirewoods.com
          Teresa  Sadutto-Carley    on behalf of Creditor    CIT Finance, LLC tsadutto@platzerlaw.com,
           mkaplan@platzerlaw.com
          United States Trustee    USTPRegion02.LI.ECF@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        William P Caffrey, Jr   on behalf of Creditor   Rechler Equity Construction, LLC wcaffrey@hmylaw.com
        William P Caffrey, Jr   on behalf of Creditor   REP C, LLC wcaffrey@hmylaw.com
        William P Caffrey, Jr   on behalf of Creditor   REP 80 Arkay Drive, LLC wcaffrey@hmylaw.com

        TOTAL: 51

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 13-74303-ast<br><br>(Jointly Administered) |

# AMENDED ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AND DIRECTING THE FORM AND MANNER OF NOTICE

IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 3003(c)(3), and good and sufficient cause appearing therefor, the Court hereby fixes a deadline and establishes procedures for filing proofs of claim, and directs the form and manner of service thereof; and it is further

**ORDERED**, that except as otherwise provided herein, all persons and entities, (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts and governmental units) that assert a claim, as defined in § 101(5) of the Bankruptcy Code, against the above named (the "Debtor"), which arose on or prior to the filing of the Chapter 11 petition on August 19, 2013, shall file a proof of such claim in writing so that it is received on or before **January 6, 2014** (the "Bar Date"); and it is further

**ORDERED**, that notwithstanding any other provision hereof, proofs of claim filed by governmental units must be filed on or before **February 18, 2014** (the date that is 180 days after the date of the order for relief); and it is further

**ORDERED**, that the following procedures for the filing of proofs of claim shall apply:

(a) Proofs of claim must conform substantially to Official Bankruptcy Form 10;

(b) Proofs of claim shall be filed by:

    (1)    mailing through the U.S. Postal Service the original proof of claim to the Personal Communications Devices, LLC Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5082, New York, NY 10150-5082; or

    (2)    overnight delivery or delivery by hand of the original proof of claim to the Personal Communications Devices, LLC Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC, 757 Third Avenue, 3rd Floor, New York, NY 10017;

(c) Proofs of claim will be deemed filed only when received at the address listed above on or before the Bar Date; and

(d) Proofs of claim must be (i) signed; (ii) include supporting documentation (if voluminous, attach a summary) or an explanation as to why documentation is not available; and (iii) be denominated in United States currency; and it is further

**ORDERED**, that the following persons or entities need not file a proof of claim on or prior to the Bar Date:

(a) Any person or entity that has already filed a proof of claim against the Debtor with the Clerk of the Bankruptcy Court for the Eastern District of New York in a form substantially similar to Official Bankruptcy Form No. 10;

(b) Any person or entity whose claim is listed on the Schedules filed by the Debtor, provided that (i) the claim is not scheduled as "disputed," "contingent" or "unliquidated" and (ii) the claimant does not disagree with the amount, nature and priority of the claim as set forth in the Schedules; and (iii) the claimant does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(c) Any holder of a claim that heretofore has been allowed by order of this Court;

(d) Any holder of a claim for which specific deadlines have previously been fixed by this Court; and

(e) Any holder of claim allowable under §§ 503(b) and 507(a) of the Bankruptcy Code as an expense of administration; and it is further

**ORDERED**, that any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which the Order authorizing such rejection is dated on or before the date of entry of this Order, must file a proof of claim based on such rejection on or before the later of the Bar Date or the date that is **sixty (60) days** after the date of

the Order authorizing such rejection, and any person or entity that holds a claim that arises from the rejection of an executory contract or unexpired lease, as to which an Order authorizing such rejection is dated after the date of entry of this Order, must file a proof of claim on or before such date as the Court may fix in the applicable Order authorizing such rejection; and it is further

**ORDERED**, that holders of equity security interests in the Debtor need not file proofs of interest with respect to the ownership of such interests, but if any such holder has a claim against the Debtor (including a claim relating to an equity interest or the purchase or sale of the equity interest), a proof of claim shall be filed on or prior to the Bar Date; and it is further

**ORDERED**, that if the Debtor amends or supplements the Schedules subsequent to the date hereof, the Debtor shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall be afforded **sixty (60) days** from the date of such notice to file proofs of claim in respect of their claims or be barred from doing so, and shall be given notice of such deadline; and it is further

**ORDERED**, that nothing in this Order shall prejudice the rights of the Debtor or any other party in interest to dispute or assert offsets or defenses to any claim reflected in the Schedules; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 3003(c)(2), all holders of claims that fail to comply with this Order by timely filing a proof of claim in appropriate form shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution; and it is further

**ORDERED**, that notice of the Bar Date substantially in the form set forth in Administrative Order 556 of the United States Bankruptcy Court for the Eastern District of New

York shall be deemed adequate and sufficient if served within one business day after entry of this Order, upon the following:

    (a)    the United States Trustee;

    (b)    counsel to each official committee appointed in this case;

    (c)    all persons or entities that have requested notice of the proceedings in this Chapter 11 case;

    (d)    all persons or entities that have filed claims;

    (e)    all creditors and other known holders of claims against the Debtor as of the date of this Order, including all persons or entities listed in the Schedules as holding claims;

    (f)    all parties to executory contracts and unexpired leases of the Debtor;

    (g)    all parties to litigation with the Debtor;

    (h)    the Internal Revenue Service for the district in which the case is pending and, if required by Bankruptcy Rule 2002(j), the Securities and Exchange Commission and any other required governmental units; and

    (i)    such additional persons and entities as deemed appropriate by the Debtor, and it is further

**ORDERED**, that the Debtor is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

**ORDERED**, that the entry of this Order is without prejudice to the rights of the Debtor to seek a further order of this Court fixing a date by which holders of claims or interests not subject to the Bar Date established herein must file such proofs of claim or interest or be barred from doing so.



Dated: October 30, 2013
Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**