**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Co-Counsel to the Debtors and*
*Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| PERSONAL COMMUNICATIONS | ) | Case No.  13-74303 (AST) |
| DEVICES, LLC, *et al.*,[1] | ) | 13-74304 (AST) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING ON DEBTORS' MOTION AUTHORIZING CERTAIN PAYMENTS FROM PROCEEDS OF SALE FOR INCENTIVE COMPENSATION TO GEORGE APPLING UNDER INCENTIVE PLAN AGREEMENT PURSUANT TO 11 U.S.C. §§ 105,  363 AND 503 AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

---

[1]    The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are:  Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

**PLEASE TAKE NOTICE THAT** on January 3, 2014, Personal Communications Devices, LLC and Personal Communications Devices Holdings, LLC, as debtors and debtors in possession (collectively, the "***Debtors***") filed *Debtors' Motion Authorizing Certain Payments from Proceeds of Sale for Incentive Compensation to George Appling Under Incentive Plan Agreement Pursuant to 11 U.S.C. §§ 105, 363 and 503 And Rule 9019 of the Federal Rules of Bankruptcy Procedure.*

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will held before the Honorable Alan S. Trust, United States Bankruptcy Judge, on **January 27, 2014 at 11:00 a.m.** (Prevailing Eastern Time) in the United States Bankruptcy Court for the Eastern District of New York (the "***Bankruptcy Court***"), Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Brooklyn, New York in Courtroom 2554 (the "***Hearing***") to consider the Motion and entry of an order approving the relief sought in the Motion.  Please be advised that the Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than by announcing such adjournment in open court or by a notice of adjournment filed with the Bankruptcy Court and served on other parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion may be obtained by downloading such documents from the Debtors' restructuring website at http://dm.epiq11.com/PCD or by visiting the Bankruptcy Court's website at http://www.nyed.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to the Motion must: (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Bankruptcy Rules for the Eastern District of New York, (iii) state with particularity the legal and factual bases for the objection, (iv) be filed with the Bankruptcy Court together with proof of service, and (v) be

2

served by personal service, overnight delivery, or first-class mail, so as to be <u>RECEIVED</u> no

later than **January 20, 2014 at 5:00 p.m.** by the following:

| Debtors' Counsel | Counsel to the Committee |
| --- | --- |
| Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Attn:   Emanuel C. Grillo<br>          Matthew L. Curro | Perkins Coie LLP<br>30 Rockefeller Plaza<br>22nd Floor<br>New York, New York 10112<br>Attn:   Schuyler G. Carroll, Esq.<br>          Tina N. Moss, Esq. |
| **Office of the United States Trustee** | |
| Office of the United States Trustee<br>Alfonse D'Amato Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722<br>Attn:    Alfred M. Dimino | |

(*Remainder of page left intentionally blank*)

Dated: January 6, 2013
      New York, New York

Respectfully submitted,

  */s/ Emanuel C. Grillo*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel:  (212) 813-8800
Fax:  (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York  10119
Tel:  (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Co-Counsel to the Debtors and
Debtors in Possession*

LIBNY/5298403.1