```
                          United States Bankruptcy Court
                          Eastern District of New York
In re:                                                              Case No. 13-74303-ast
Personal Communications Devices, LLC                                Chapter 11
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: dcorsini              Page 1 of 3              Date Rcvd: Jan 06, 2014
                              Form ID: 295                Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2014.
```
db          +Personal Communications Devices, LLC,    80 Arkay Drive,    Hauppauge, NY 11788-3705
aty         +Eric G. Waxman, III,    Westerman Ball Ederer Miller & Sharfstei,    1201 RXR Plaza,
              Uniondale, NY 11556-1103
aty         +Goodwin Procter LLP,    The New York Times Building,    620 Eighth Avenue,
              New York, NY 10018-1618
aty         +Togut Segal & Segal LLP,    One Penn Plaza,    Suite 3335,    New York, NY 10119-3395
            +Alfred Dimino,    Office of the US Trustee,    560 Federal Plaza,    Central Islip, NY 11722-4456
            +Emanuel C Grillo,    Goodwin Procter LLP,    The New York Times Building,    620 Eighth Avenue,
              New York, NY 10018-1618
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2014 at the address(es) listed below:
```
              Adam D Cole    on behalf of Plaintiff    Official Committee of Unsecured Creditors on behalf of the
               estates of Personal Communication Devices, LLC, and Personal Communications Devices Holdings,
               LLC cole@ccbllp.com,   dero@ccbllp.com;mccloskey@ccbllp.com
              Adam D Cole    on behalf of Plaintiff    The Official Committee of Unsecured Creditors on behalf of
               the estates of Personal Communications Devices, LLC, and Personal Communications Devices
               Holdings, LLC cole@ccbllp.com,   dero@ccbllp.com;mccloskey@ccbllp.com
              Adam D Cole    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               cole@ccbllp.com,   dero@ccbllp.com;mccloskey@ccbllp.com
              Adam J Goldberg    on behalf of Creditor    IP III Plan Investors, L.P. adam.goldberg@lw.com
              Adam J Goldberg    on behalf of Creditor    DLJ Investment Partners III, L.P. adam.goldberg@lw.com
              Adam J Goldberg    on behalf of Creditor    DLJ Investment Partners, L.P. adam.goldberg@lw.com
              Adam L Rosen    on behalf of Creditor    Q1W Newco, LLC and Quality One Wireless, LLC ,
               arosen@silvermanacampora.com;sgiugliano@silvermanacampora.com
              Alan  Marder    on behalf of Interested Party Philip  Christopher lgomez@msek.com
              Amanda L VanHoose    on behalf of Creditor    Hitachi High Technologies America, Inc.
               avanhoose@sorinrand.com,   Jim.Argionis@mbtlaw.com;Jack.Carriglio@mbtlaw.com
              Amish R Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
              Angela L Baglanzis    on behalf of Creditor    Verizon Wireless angela.baglanzis@obermayer.com,
               michele.emory@obermayer.com
              Avrum J Rosen    on behalf of Creditor    Unique Display Inc. ajrlaw@aol.com,
               fkantrow@avrumrosen.law.com;dldobbin@avrumrosenlaw.com;kiberson@avrumrosenlaw.com;lstalker@avrumr
               osenlaw.com;emeade@avrumrosenlaw.com;sdillon@avrumrosenlaw.com
              Blake T Denton    on behalf of Defendant    IP III Plan Investor, L.P. blake.denton@lw.com
              Blake T Denton    on behalf of Defendant    DLJ Investment Partners, L.P. blake.denton@lw.com
              Blake T Denton    on behalf of Defendant    DLJ Investment Partners III, L.P. blake.denton@lw.com
              Christopher  Harris    on behalf of Defendant    IP III Plan Investor, L.P.
               christopher.harris@lw.com
              Christopher  Harris    on behalf of Creditor    DLJ Investment Partners, L.P.
               christopher.harris@lw.com
              Christopher  Harris    on behalf of Defendant    DLJ Investment Partners III, L.P.
               christopher.harris@lw.com
              Christopher  Harris    on behalf of Creditor    IP III Plan Investors, L.P.
               christopher.harris@lw.com
              Christopher  Harris    on behalf of Creditor    DLJ Investment Partners III, L.P.
               christopher.harris@lw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Christopher Harris   on behalf of Defendant   DLJ Investment Partners, L.P.
 christopher.harris@lw.com
Christopher R Newcomb   on behalf of Debtor   Personal Communications Devices, LLC
 cnewcomb@goodwinprocter.com
Christopher R Newcomb   on behalf of Debtor   Personal Communications Devices Holdings, LLC
 cnewcomb@goodwinprocter.com
Clifford Katz   on behalf of Creditor   CIT Finance, LLC ckatz@platzerlaw.com
David A Rosenzweig   on behalf of Creditor   AT&T david.rosenzweig@nortonrosefulbright.com
David H Wander   on behalf of Creditor   Shine Electronics Co., Inc. dhw@dhclegal.com
Deborah Deitsch-Perez   on behalf of Creditor   The Richards Group, Inc. ddp@lhlaw.net,
 GSH@lhlaw.net;JRW@lhlaw.net
Deborah Deitsch-Perez   on behalf of Creditor   Richards Partners ddp@lhlaw.net,
 GSH@lhlaw.net;JRW@lhlaw.net
Douglas E Deutsch   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
 ddeutsch@chadbourne.com
Edward J Estrada   on behalf of Creditor   HTC America, Inc. eestrada@reedsmith.com
Emanuel C Grillo   on behalf of Jointly Administered Debtor   Personal Communications Devices
 Holdings, LLC egrillo@goodwinprocter.com
Emanuel C Grillo   on behalf of Debtor   Personal Communications Devices, LLC
 egrillo@goodwinprocter.com
Emanuel C Grillo   on behalf of Debtor   Personal Communications Devices Holdings, LLC
 egrillo@goodwinprocter.com
Gary M Kaplan   on behalf of Creditor   TCT Mobile Multinational Ltd. gkaplan@fbm.com
Gerard S Catalanello   on behalf of Counter-Claimant Philip Christopher
 gcatalanello@duanemorris.com
Gerard S Catalanello   on behalf of Interested Party Philip Christopher
 gcatalanello@duanemorris.com
Gerard S Catalanello   on behalf of Defendant Philip Christopher gcatalanello@duanemorris.com
Jaspreet S Mayall   on behalf of Creditor   Reliance Communications, LLC
 Jmayall@CertilmanBalin.com,
 cfollett@certilmanbalin.com;afollett@certilmanbalin.com;rlloyd@certilmanbalin.com
John L Scott   on behalf of Creditor   HTC America, Inc. jscott@reedsmith.com
Joseph J Wielebinski   on behalf of Creditor   Q1W Newco, LLC and Quality One Wireless, LLC
 jwielebinski@munsch.com, amonlezun@munsch.com
Joshua H Epstein   on behalf of Creditor   Hitachi High Technologies America, Inc.
 jepstein@sorinrand.com
Kathleen M LaManna   on behalf of Interested Party   U.S. BANK N.A. klamanna@goodwin.com,
 bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
Kathleen M LaManna   on behalf of Defendant   U.S. Bank National Association klamanna@goodwin.com,
 bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
Marc Roitman   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
 mroitman@chadbourne.com
Marc Roitman   on behalf of Creditor   The Insurance Company of the State of Pennsylvania
 mroitman@chadbourne.com
Mark A Salzberg   on behalf of Defendant   Pinebridge Vantage Capital, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   PineBridge PEP IV Co-Investment, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Defendant   Vantage Star Investment Corp. msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Defendant   Pinebridge Co-Investment AIV Fund, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   PineBridge Co-Investment AIV Partners, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   PineBridge PEP V Co-Investment, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Defendant   PineBridge PEP V Co-Investment, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   The Insurance Company of the State of Pennsylvania
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   PineBridge Vantage Partners msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   PineBridge Plan Star Investment Corp.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Defendant   PineBridge PEP IV Co-Investment, L.P.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Defendant   PineBridge Plan Star Investment Corp.
 msalzberg@pattonboggs.com
Mark A Salzberg   on behalf of Creditor   Vantage Star Investment Corp. msalzberg@pattonboggs.com
Matthew L. Curro   on behalf of Debtor   Personal Communications Devices, LLC
 mcurro@goodwinprocter.com
Matthew L. Curro   on behalf of Debtor   Personal Communications Devices Holdings, LLC
 mcurro@goodwinprocter.com
Paul Labov   on behalf of Creditor   JPMorgan Chase Bank, N.A. plabov@edwardswildman.com,
 dhefter@edwardswildman.com
Richard F Harrison   on behalf of Interested Party Kostas Kastamonitis rharrison@westermanllp.com
Samuel S Kohn   on behalf of Creditor   The Insurance Company of the State of Pennsylvania
 skohn@chadbourne.com
Samuel S Kohn   on behalf of Defendant   The Insurance Company of the State of Pennsylvania
 skohn@chadbourne.com

```
District/off: 0207-8          User: dcorsini            Page 3 of 3             Date Rcvd: Jan 06, 2014
                              Form ID: 295              Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Schuyler G. Carroll   on behalf of Plaintiff   The Official Committee of Unsecured Creditors on behalf of the estates of Personal Communications Devices, LLC, and Personal Communications Devices Holdings, LLC SCarroll@perkinscoie.com, JonathanParsons@perkinscoie.com;DocketNYC@perkinscoie.com;allancollins@perkinscoie.com;tmoss@perkinscoie.com

        Schuyler G. Carroll   on behalf of Creditor Committee   Official Committee of Unsecured Creditors SCarroll@perkinscoie.com, JonathanParsons@perkinscoie.com;DocketNYC@perkinscoie.com;allancollins@perkinscoie.com;tmoss@perkinscoie.com

        Shawn M Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com

        Shawn Randall Fox   on behalf of Creditor   Sprint Communications Company L.P. sfox@mcguirewoods.com

        Teresa Sadutto-Carley   on behalf of Creditor   CIT Finance, LLC tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

        United States Trustee   USTPRegion02.LI.ECF@usdoj.gov

        William P Caffrey, Jr   on behalf of Creditor   REP 80 Arkay Drive, LLC wcaffrey@hmylaw.com

        William P Caffrey, Jr   on behalf of Creditor   Rechler Equity Construction, LLC wcaffrey@hmylaw.com

        William P Caffrey, Jr   on behalf of Creditor   REP C, LLC wcaffrey@hmylaw.com

        TOTAL: 73

# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

| IN RE: | CASE NO: 8−13−74303−ast |
|---|---|
| Personal Communications Devices, LLC | |
| SSN/TAX ID: | CHAPTER: 11 |
| 26−2744171 | |
| DEBTOR(s) | |

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on December 9, 2013 was filed on January 6, 2014 .

The following deadlines apply:

The parties have until January 13, 2014 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 27, 2014.

If a Transcript Redaction Request is filed, the redacted transcript is due February 6, 2014.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 7, 2014 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at 888−706−4576 or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 6, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

BLnftrans.jsp [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]