**EXHIBIT C**
**PERSONAL COMMUNICATION DEVICES – CASE 13-75403**
**FTI CONSULTING, INC.**
**DESCRIPTION OF HOURS BY TASK CATEGORY**
**FOR THE PERIOD AUGUST 26, 2013 THROUGH DECEMBER 31, 2013**

A motion is being filed requesting that **Exhibit C** be sealed and therefore the contents are not attached to the version being filed with the court.