**EXHIBIT D**
**PERSONAL COMMUNICATION DEVICES - CASE 13-75403**
**FTI CONSULTING, INC.**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD AUGUST 26, 2013 THROUGH DECEMBER 31, 2013**

| EXPENSE TYPE | AMOUNT |
|---|---|
| Transportation | $429.74 |
| Working Meals | 197.29 |
| Other | 388.10 |
| **TOTAL** | **$1,015.13** |

Note: Overtime meals over $20.00 have been reduced to $20.00 to comply with the Guidelines for Fees and Disbursements for Professionals in Eastern District of New York Bankruptcy Cases (June 4, 2013).