## EXHIBIT C

## Summary of Services by Timekeeper

| Professional/ Paraprofessional | | Practice/ Admission | Hours Billed | Billing Rate | Total |
|---|---|---|---|---|---|
| Brown, Lester | Partner | Litigation - Insurance Coverage NY 1991, CA 1992 | 28.50 | $795 | $22,657.50 |
| Burns, Timothy W. | Partner | Litigation - Insurance Coverage, MO 1991, IL 1997, WI 2008 | 0.60 | $830.00 | $ 498.00 |
| Carroll, Schuyler | Partner | Financial Transactions & Restructuring, NY 1993 | 322.60 | $825 | $266,145.00 |
| Chaudhary, Sabahat | Counsel | Business Litigation, NY 2007 DC 2008 | 3.75 | $540.00 | $2,025.00 |
| Connelly, Ulrike | Associate | Litigation - White Collar WA 2010 | 20.60 | $365 | $7,519.00 |
| Eidenbach, Kirsten | Associate | Financial Transactions & Restructuring, AZ 2009 | 116.40 | $385 | $44,814.00 |
| Eisenberg, Gary | Partner | Financial Transactions & Restructuring, NJ 1990, NY 1990 | 108.40 | $645 | $69,918.00 |
| Eiting, Brian | Partner | Corporate Governance & Transactions, NY 2002 | 133.30 | $555 | $73,981.50 |
| Fogg, George | Partner | Financial Transactions & Restructuring, OR 1991 | 2.20 | $750 | $1,650.00 |
| Gamliel, Amir | Associate | Business Litigation CA 2009 | 8.30 | $410 | $3,403.00 |
| Gibbs, Charles | Associate | Financial Transactions & Restructuring, IL 2012 | 153.40 | $340 | $52,156.00 |
| Jennings, Brian | Partner | Financial Transactions & Restructuring, MO 1998, WA 2002 | 292.80 | $575 | $168,360.00 |
| Jewell, Lindsay | Associate | Real Estate & Land Use, AZ 2008 | 14.90 | $395 | $5,885.50 |
| Lorenzen, Richard | Partner | Financial Transactions & Restructuring, AZ 1981 | 1.30 | $700 | $ 910.00 |
| Minder, Scott | Counsel | Litigation - Antitrust AZ 2004 | 3.60 | $545 | $1,962.00 |
| Moss, Tina | Partner | Financial Transactions & Restructuring, NJ 1993, NY 2003 | 403.70 | $750 | $302,775.00 |
| Peterson, Richard | Partner | Tax, Benefits & Compensation IL 1989 | 4.50 | $795 | $3,577.50 |
| Raher, Stephen A. | Associate | Financial Transactions & Restructuring, OR 2009 WA 2013 | 3.60 | $340.00 | $1,224.00 |
| Reingold, Barry | Partner | Litigation - Antitrust DC 1981, MD 1998 | 202.70 | $730 | $147,971.00 |
| Shuchat, Jeffrey | Sr. Counsel | Real Estate & Land Use NY 1979 | 5.00 | $660 | $3,300.00 |
| Vanacore, Jeffrey D. | Partner | Financial Transactions & Restructuring, CO 2001 NY 2003 NJ 2003 | 3.40 | $535.00 | $1,819.00 |
| **Attorney Hours & Fees, Blended Rate:** | | | 1,833.55 | 645.00 | $1,182,551.00 |

| | | | | | |
|---|---|---|---|---|---|
| Collins, Allan | Project Coordinator | Commercial Litigation | 73.90 | $135 | $9,976.50 |

| Cochard, Susan L. | Law Library Manager | Library | 3.00 | $255 | $ 765.00 |
|---|---|---|---|---|---|
| Hansen, Josaundra | Paralegal | Real Estate & Land Use | 0.30 | $255 | $ 76.50 |
| Huang, Yu-Ing | Paralegal | Commercial Litigation | 2.70 | $290 | $ 783.00 |
| Kmoch, Heidi | Paralegal | Commercial Litigation | 34.50 | $300 | $10,350.00 |
| Maag, Mary Lou | Paralegal | Financial Transactions & Restructuring | 43.70 | $230 | $10,051.00 |
| Nelson, Mark | Trial Services Manager | Commercial Litigation | 0.80 | $260 | $ 208.00 |
| Sandvig, Ann | Paralegal | Financial Transactions & Restructuring | 24.90 | $275 | $6,847.50 |
| Sisson, Eric | Paralegal | Commercial Litigation | 5.00 | $235 | $1,175.00 |
| Yeryomenko, Maxim | PTS Analyst | Commercial Litigation | 13.60 | $260 | $3,536.00 |
| **Para-professionals Hours & Fees, Blended Rate:** | | | 202.40 | $216 | $43,768.50 |
| **TOTAL FEES REQUESTED** | | | | | **$1,266,319.50** |