Schuyler G. Carroll
Gary F. Eisenberg
Tina M. Moss
PERKINS COIE LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Telephone: (212) 262-6900
Facsimile: (212) 977-1649
scarroll@perkinscoie.com
geisenberg@perkinscoie.com
tmoss@perkinscoie.com

Counsel for the Official
Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| PERSONAL COMMUNICATIONS DEVICES, LLC, *et al.*[1], | ) ) ) | Case No. 13-74303 (AST) 13-74304 (AST) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Eunice K. Therrien, declare as follows:

I am a citizen of the United States, over the age of 21 years, and I am not a party to the above-entitled action. I am employed as a legal secretary in the Portland, Oregon office of Perkins Coie LLP. I am competent to be a witness.

I hereby certify, under penalty of perjury, that on the 3rd day of February, 2014, I caused true and correct copies of the following documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

1. First Interim Application for Compensation and Reimbursement of Expenses for Perkins Coie LLP for the Period from August 26, 2013 through December 31, 2013; and

2. First Interim Application of FTI Consulting, Financial Advisor to the Official Committee of Unsecured Creditors of Personal Communication Devices LLC, *et al.* for Interim Allowance of Compensation and Reimbursement of Expenses for the Period from August 26, 2013 through December 31, 2013,

to be served electronically on Debtors' Counsel, the U.S. Trustee's Office, and on those entities that have entered an appearance in these proceedings under Fed. R. Bankr. P. 2002 under the CM/ECF system.

I further hereby certify, under penalty of perjury, that on the 4th day of February, 2014, I caused true and correct copies of the two documents referenced above to be served by U.S. first class mail, postage prepaid, to all parties shown on the service list attached hereto as Exhibit A.

Portland, Oregon
February 4, 2014

 /s/  Eunice K. Therrien
Eunice K. Therrien
Legal Secretary

**EXHIBIT A**

**SERVICE LIST**

**VIA U.S. MAIL**

**Notice Parties:**

Personal Communications Devices
Holdings, LLC
80 Arkay Drive, Suite 210
Hauppauge, Suffolk County, NY 11788
Attn: Raymond Kunzmann, Chief Financial Officer

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Attn:   Emanuel C. Grillo
        Matthew L. Curro

Patton Boggs LLP
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
Attn:   Adam S. Connatser
        Mark A. Salzberg

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:   Joshua A. Tinkelman and
        Adam J. Goldberg

Office of the United States Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip
New York, NY 11722
Attn: Alfred M. Dimino

**Official Committee of Unsecured Creditors:**

HTC
13920 SE Eastgate Way
Suite 400
Bellevue, WA 98005

Pantech Co., Ltd.
Pantech Building 179
Seongam-ro,
Mapo-gu
Seoul, Korea 121-792

Jim Wodach
TCT Mobile Inc.
25 Edelman, Suite 200
Irvine, CA 92618

**Parties from Mailing Information for Case:**

BG Strategic Advisors LLC
525 South Flagler Drive
Suite 200
West Palm Beach, FL 33401

David M. Le May
Marc D. Ashley
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, N Y 10012

Christopher Michael Egleson
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York,, NY 10036

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Third Floor
New York, NY 10017

John O Farley
Goodwin Procter LLP
620 Eighth Avenue
New York, NY 10018

Mark C. Haut
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103

Jessica Lee Oliff
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Richard M. Strassberg
Goodwin Procter, LLP
620 Eight Avenue
New York,, NY 10022

Jordan D Weiss
Goodwin Procter LLP
The New York Times Building
620 Eight Ave
New York, NY 10018

Togut, Segal & Segal LLP
Attn: Frank A. Oswald, David A. Paul,
Leo Muchnik
One Penn Plaza, Suite 3335
New York, NY 10119

Eric G. Waxman
Westerman Ball Ederer Miller & Sharfstei
1201 RXR Plaza
Uniondale, NY 11556

**Additional Parties Requesting Notice
In Notices of Appearance:**

Duane Morris LLP
Attn: James J. Vincequerra
1540 Broadway
New York, NY 10036

Hamburger, Maxson, Yaffe,
Knauer & McNally, LLP
Attn: Lane T. Maxson
225 Broadhollow Rd, Suite 301E
Melville, NY 11747

Obermayer Rebmann Maxwell & Hippel, LLP
Edmond M. George, Esquire
One Penn Center, Suite 1900
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Meyer, Suozzi, English & Klein, P.C.
Hon. Ira B. Warshawsky
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

AT&T Services Inc.
General Attorney
Attn: James W. Grudus
C. Nicole Gladden
One AT&T Way, Room 3A115
Bedminster, New Jersey 07921

McGuirewoods LLP
David I. Swan, Esq.
Shara C. Cornell, Esq.
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102

Jamie R. Welton
Lackey Hershman, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219

**Other Notice Parties**

George Appling
701 Garden Oaks Boulevard
Houston, TX 77018