UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                                 :

In re:                               :        Chapter 11
                                 :

PERSONAL COMMUNICATIONS DEVICES :       Case No.  13-74303 (AST)
LLC, *et al.*,[1]                     :              13-74304 (AST)
                                 :

         Debtors.              :        (Jointly Administered)
                                 :

------------------------------------------------------------------------x      **Ref. Docket Nos. 294 & 295**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                         ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 31, 2014 , I caused to be served the:

    a. "Debtors' Objection to HTC's Motion for Allowance and Payment of Administrative Expense Claim," dated January 31, 2014 [Docket No. 294], and

    b. "Declaration of Raymond F. Kunzmann," dated January 31, 2014 [Docket No. 295],

  by causing true and correct copies to be:

      i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

      ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1]    The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Christina Siguenza

Sworn to before me this
_31ª_ day of February, 2014

Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

**EXHIBIT A**

PERSONAL COMMUNICATIONS DEVICES LLC

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ. COUNSEL FOR RELIANCE COMMUNICATIONS, LLC 90 MERRICK AVENUE, 9TH FLOOR EAST MEADOW NY 11554 |
| HTC | 13920 SE EASTGATE WAY SUITE 400 BELLEVUE WA 98005 |
| INTERNAL REVENUE SERVICE | 10 METROTECH ROADWAY, 1ST FLOOR BROOKLYN NY 11201 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JIM WODACH | TCT MOBILE INC 25 EDELMAN, SUITE 200 IRVINE CA 92618 |
| NEW YORK STATE ATTORNEY GENERAL | ATTORNEY GENERAL, ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL COURTHOUSE 560 FEDERAL PLAZA - ROOM 560 CENTRAL ISLIP NY 11722-4437 |
| PANTECH CO., LTD. | PANTECH BUILDING 179 SEONGAM-RO, MAPO-GU SEOUL 121-792 KOREA |
| SECURITIES & EXCHANGE COMMISSION | 100 F. STREET, NE WASHINGTON DC 20549-4010 |
| THE LAW OFFICES OF AVRUM J. ROSEN, PLLC | AVRUM J. ROSEN COUNSEL FOR UNI9QUE DISPLAY, INC. 38 NEW STREET HUNTINGTON NY 11743 |
| THE LAW OFFICES OF COLLIN L. HAYES, PC | 2435 N. CENTRAL EXPRESSWAY, SUITE 1200 RICHARDSON TX 75080 |
| THE NEW YORK STATE DEPARTMENT OF TAXATION AND | FINANCE DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12227 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 271 CADMAN PLAZA EAST BROOKLYN NY 11201 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 610 FEDERAL PLAZA CENTRAL ISLIP NY 11722-4454 |

**Total Creditor count  14**

**EXHIBIT B**

| Name | Contact | Email |
|---|---|---|
| PATTON BOGGS LLP | ATTN: ADAM S. CONNATSER & J. MAXWELL TUCKER | aconnatser@pattonboggs.com; mtucker@pattonboggs.com |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. | adoshi@magnozzikye.com |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ALAN E. MARDER, ESQ. & HON. IRA B. WARSHAWSKY | amarder@msek.com; iwarshawsky@msek.com |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | ANGELA L. BAGLANZIS, ESQ. & EDMOND M. GEORGE, ESQ. | angela.baglanzis@obermayer.com; edmond.george@obermayer.com |
| PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & | ATTN: CLIFFORD A. KATZ, ESQ. | ckatz@platzerlaw.com |
| EDWARDS WILDMAN PALMER LLP | CHRISTINE MCCAY, DAVID RUEDIGER & CHARLES GLERUM | cmccay@edwardswildman.com; druediger@edwardswildman.com; cglerum@edwardswildman.com |
| FULBRIGHT & JAWORSKI L.L.P. | DAVID A. ROSENZWEIG & MARK C. HAUT | david.rosenzweig@nortonrosefulbright.com; mark.haut@nortonrosefulbright.com |
| LACKEY HERSHMAN, L.L.P. | DEBORAH DEITSCH-PEREZ & JAMIE R. WELTON | ddp@lhlaw.net; jrw@lhlaw.net |
| U.S. BANK GLOBAL CORPORATE TRUST SERVICES | DEBORAH A. IBRAHIM, VICE PRESIDENT | deborah.ibrahim@usbank.com |
| DAVIDOFF HUTCHER & CITRON LLP | DAVID H. WANDER, ESQ. | dhw@dhclegal.com |
| MCGUIREWOODS LLP | DAVID I. SWAN, ESQ. & SHARA C. CORNELL, ESQ. | dswan@mcguirewoods.com; scornell@mcguirewoods.com |
| REED SMITH LLP | ATTENTION: EDWARD J. ESTRADA, ESQ. AND JOHN L. SCOTT, ESQ. | eestrada@reedsmith.com; jscott@reedsmith.com |
| DUANE MORRIS LLP | GERARD CATALANELLO, ESQ. & JAMES VINCEQUERRA, ESQ. | gcatalanello@duanemorris.com; jvincequerra@duanemorris.com |
| FARELLA BRAUN + MARTEL LLP | ATTN: GARY M. KAPLAN, ESQ. | gkaplan@fbm.com |
| SORINRAND LLP | JOSHUA H. EPSTEIN, ESQ & AMANDA L. VAN HOOSE, ESQ | jepstein@sorinrand.com; avanhoose@sorinrand.com |
| AT&T SERVICES INC. | ATTN: JAMES W. GRUDUS & C. NICOLE GLADDEN | jg5786@att.com; gn235y@att.com |
| LATHAM & WATKINS LLP | ATTN: JOSH TINKELMAN, ADAM GOLDBERG & CHRIS HARRIS | JOSHUA.TINKELMAN@lw.com; adam.goldberg@lw.com; christopher.harris@lw.com |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOSEPH J. WIELEBINSKI | jwielebinski@munsch.com |
| HAMBURGER, MAXSON, YAFFE, KNAUER &MCNALLY, LLP | ATTN: LANE MAXSON, ESQ & WILLIAM CAFFREY, JR., ESQ | lmaxson@hmylaw.com; wcaffrey@hmylaw.com |
| U.S. BANK NATIONAL ASSOCIATION | MICHAEL M. HOPKINS, CCTS, VICE PRESIDENT | michael.hopkins1@usbank.com |
| PATTON BOGGS LLP | MARK A. SALZBERG | msalzberg@pattonboggs.com |
| SECURITIES & EXCHANGE COMMISSION | ANDREW CALAMARI, REGIONAL DIRECTOR | NYROBankruptcy@SEC.GOV |
| WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | ATTN.: RICHARD F. HARRISON, ESQ. | rharrison@westermanllp.com |
| PERKINS COIE LLP | SCHUYLER G. CARROLL AND GARY F. EISENBERG | scarroll@perkinscoie.com; geisenberg@perkinscoie.com |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. | schristianson@buchalter.com |
| TAX DIVISION OF THE U.S. DEPARTMENT OF JUSTICE | RFK MAIN JUSTICE BUILDING | tax.mail@usdoj.gov |
| SHIPMAN & GOODWIN LLP | WILLIAM G. ROCK & KATHLEEN M. LAMANNA, ESQ. | wrock@goodwin.com; klamanna@goodwin.com; bankruptcy@goodwin.com; bankruptcyparalegal@goodwin.com |