UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PERSONAL COMMUNICATIONS | ) | Case No. 13-74303 (AST) |
| DEVICES, LLC, *et al.*, | ) | 13-74304 (AST) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER AUTHORIZING THE FILING UNDER SEAL OF CERTAIN EXHIBITS TO FIRST INTERIM APPLICATIONS FOR COMPENSATION OF FTI CONSULTING, INC. AND PERKINS COIE LLP

Upon the motion (the "***Motion***") of he Official Committee of Unsecured Creditors (the "***Committee***") for entry of an order authorizing Perkins Coie LLP ("***Perkins***"), counsel to the Committee, and FTI Consulting, Inc. ("***FTI***"), financial advisors to the Committee, to file certain exhibits to their first interim fee applications under seal; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the relief requested in the Motion is in the best interests of Debtors' estates, creditors, and other parties in interest; and appropriate notice of the Motion having been given under the circumstances; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby:

**ORDERED**, that the Motion is granted as set forth herein; and it is further

**ORDERED**, that Perkins and FTI are authorized to file the Monthly Statement Exhibits (as defined in the Motion) under seal subject to further order of the Court. In compliance with Local Rule 9018-1, Perkins and FTI: (a) shall provide to the Court unredacted copies of the Monthly Statement Exhibits, as well as a copy of this Order; and (b) shall deliver to the Court an

electronically-stored document submitted in physical form containing the Monthly Fee Statement Exhibits, and a copy of this Order.  In addition, Perkins and FTI are authorized to serve unredacted copies of the Monthly Statement Exhibits via electronic mail on the following:

Emanuel C. Grillo
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
egrillo@goodwinprocter.com
(Counsel to the Debtors)

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
USTPRegion02.LI.ECF@usdoj.gov

; and it is further

**ORDERED**, that Perkins and FTI are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion; and it is further

**ORDERED**, that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.



Dated: February 5, 2014
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**