UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                         :

In re:                                          :        Chapter 11

PERSONAL COMMUNICATIONS               :        Case No.  13-74303 (AST)
DEVICES, LLC, *et al.*,[1]                              :                  13-74304 (AST)

            Debtors.                     :        (Jointly Administered)

------------------------------------------------------------------------x   **Ref. Docket No. 299**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

CHRISTINA SIGUENZA, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 4, 2014, I caused to be served the "First Interim Application of Epiq Bankruptcy Solutions, LLC, as Administrative Advisor for the Debtors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses for the Interim Period from August 19, 2013 through December 31, 2013," dated February 3, 2014 [Docket No. 299], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1]     The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Christina Siguenza

Sworn to before me this
5th day of February, 2014

_____
Notary Public

```
PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015
```

**EXHIBIT A**

**PCD FEE APPS 2-4-14**

Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Attn: Emanuel C. Grillo and
Matthew L. Curro

**PCD FEE APPS 2-4-14**

Perkins Coie LLP
30 Rockefeller Plaza
22nd Floor
New York, New York 10112
Attn: Schuyler G. Carroll and
Tina N. Moss

**PCD FEE APPS 2-4-14**

Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Attn: David L. Ruediger and
Charles L. Glerum

**PCD FEE APPS 2-4-14**

Patton Boggs LLP
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
Attn: Adam S. Connatser and
Mark A. Salzberg

**PCD FEE APPS 2-4-14**

Office of the United States Trustee
Alfonse D'Amato Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
Attn: Alfred M. Dimino

**PCD FEE APPS 2-4-14**

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Joshua A. Tinkelman and
Adam J. Goldberg

**PCD FEE APPS 2-4-14**

Personal Communications Devices
Holdings, LLC
80 Arkay Drive, Suite 210
Hauppauge, Suffolk County, NY 11788
Attn: Raymond Kunzmann, Chief Financial Officer