**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1405
Tel: (212) 813-8800
Fax: (212) 355-3333
Emanuel C. Grillo
Matthew L. Curro
Christopher Newcomb

*- and -*

**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
Tel: (212) 594-5000
Frank A. Oswald
David A. Paul
Leo Muchnik

*Co-Counsel to the*
*Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| PERSONAL COMMUNICATIONS | ) | Case No. 13-74303 (AST) |
| DEVICES, LLC, *et al.*,[1] | ) | 13-74304 (AST) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

I, Christopher Newcomb, hereby certify that,

1. On on the 3rd day of February 2014, I caused a true and correct copy of the *First Interim Application of Richter Consulting, Inc., Fiancial Advisor for the Debtor and Debtor in Possession, for Compensation and Reimbursement of Expenses for the Period from August 19, 2013 through December 31, 2013* [Docket No. 300] to be served electronically through the Court's ECF system on (1) the Office of the United States Trustee, (2) counsel to the Official Committee of Unsecured Creditors, (3) Edwards Wildman Palmer LLP as counsel to JPMorgan; (4) Latham & Watkins LLP as counsel to DLJ Investment Partners; (5) Patton Boggs LLP as counsel to PineBridge Investments and (6) all other parties in interest that have entered an appearance in these proceedings under Fed. R. Bankr. P. 2002.

2. On the 4th day of February 2014, I caused a true and correct copy of the *First Interim Application of Goodwin Procter LLP as Counsel for the Debtors and Debtors-In-Possession for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred During the Period form the Petition Date through December 31, 2013* [Docket No. 302] to be served electronically through the Court's ECF system on (1) the Office of the United States Trustee, (2) counsel to the Official Committee of Unsecured Creditors, (3) Edwards Wildman Palmer LLP as counsel to JPMorgan; (4) Latham & Watkins LLP as counsel to DLJ Investment Partners; (5) Patton Boggs LLP as counsel to PineBridge Investments and (6) all other parties in interest that have entered an appearance in these proceedings under Fed. R. Bankr. P. 2002.

3

| | |
|---|---|
| Dated: February 6, 2014<br>New York, New York | Respectfully submitted,<br><br>*/s/ Christopher Newcomb*<br>**GOODWIN PROCTER LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>Tel:  (212) 813-8800<br>Fax:  (212) 355-3333<br>Emanuel C. Grillo<br>Matthew L. Curro<br>Christopher Newcomb<br><br>*Proposed Co-Counsel to the*<br>*Debtors and Debtors in Possession* |