UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :   Chapter 11
                                                                 :
PERSONAL COMMUNICATIONS                                          :   Case No.  13-74303 (AST)
DEVICES, LLC, et al.,[1]                                         :                13-74304 (AST)
                                                                 :
            Debtors.                                             :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x   Ref. Docket No. 322

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2014, I caused to be served the "Notice of Hearing on Applications for Interim Compensation Filed by Professionals Retained by the Debtors and the Committee," dated February 13, 2014 [Docket No. 322], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
17th day of February, 2014

/s/ Panagiotis Caris
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | LISA G. BECKERMAN, NANCY CHUNG, ALEXIS FREEMAN, CHRISTOPHER M. EGLESON AND JESSICA L. OLIFF COUNSEL FOR THE PINEBRIDGE ENTITIES ONE BRYANT PARK NEW YORK NY 10036 |
| AT&T SERVICES INC. | GENERAL ATTORNEY ONE AT&T WAY, ROOM 3A115 ATTN: JAMES W. GRUDUS & C. NICOLE GLADDEN BEDMINSTER NJ 07921 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. COUNSEL FOR ORACLE AMERICA, INC. 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO CA 94105 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ. COUNSEL FOR RELIANCE COMMUNICATIONS, LLC 90 MERRICK AVENUE, 9TH FLOOR EAST MEADOW NY 11554 |
| DAVIDOFF HUTCHER & CITRON LLP | DAVID H. WANDER, ESQ. COUNSEL FOR SHINE ELECTRONICS CO., INC. 605 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10158 |
| DUANE MORRIS LLP | GERARD CATALANELLO, ESQ. & JAMES VINCEQUERRA, ESQ. COUNSEL TO PHILIP CHRISTOPHER 1540 BROADWAY NEW YORK NY 10036 |
| EDWARDS WILDMAN PALMER LLP | CHRISTINE MCCAY, DAVID RUEDIGER & CHARLES GLERUM COUNSEL TO JPMORGAN 111 HUNTINGTON AVENUE BOSTON MA 02199-7613 |
| FARELLA BRAUN + MARTEL LLP | ATTN: GARY M. KAPLAN, ESQ. COUNSEL FOR TCT MOBILE MULTINATIONAL LIMITED 235 MONTGOMERY STREET, 18TH FLOOR SAN FRANCISCO CA 94104 |
| FULBRIGHT & JAWORSKI L.L.P. | DAVID A. ROSENZWEIG & MARK C. HAUT COUNSEL FOR AT&T CORP. 666 FIFTH AVENUE NEW YORK NY 10103 |
| HAMBURGER, MAXSON, YAFFE, KNAUER &MCNALLY, LLP | ATTN: LANE MAXSON, ESQ & WILLIAM CAFFREY, JR., ESQ COUNSEL FOR RECHLER EQUITY CONSTRUCTION, LLC, REP 80 ARKAYDRIVE,LLC AND REPC, LLC 225 BROADHOLLOW ROAD, SUITE 30IE MELVILLE NY 11747 |
| HTC | 13920 SE EASTGATE WAY SUITE 400 BELLEVUE WA 98005 |
| INTERNAL REVENUE SERVICE | 10 METROTECH ROADWAY, 1ST FLOOR BROOKLYN NY 11201 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JIM WODACH | TCT MOBILE INC 25 EDELMAN, SUITE 200 IRVINE CA 92618 |
| KLESTADT & WINTERS, LLP | ATTN: TRACY L. KLESTADT AND LAUREN C. KISS COUNSEL TO GEORGE APPLING 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018 |
| LACKEY HERSHMAN, L.L.P. | DEBORAH DEITSCH-PEREZ & JAMIE R. WELTON COUNSEL FOR RICHARDS PARTNERS & THE RICHARDS GROUP 3102 OAK LAWN AVENUE, SUITE 777 DALLAS TX 75219 |
| LATHAM & WATKINS LLP | ATTN: JOSH TINKELMAN, ADAM GOLDBERG & CHRIS HARRIS COUNSEL TO DLJ INVESTMENT PARTNERS 855 THIRD AVENUE NEW YORK NY 10022 |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. COUNSEL FOR ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MCGUIREWOODS LLP | DAVID I. SWAN, ESQ. & SHARA C. CORNELL, ESQ. COUNSEL FOR SPRINT COMMUNICATIONS COMPANY L.P. 1750 TYSONS BOULEVARD, SUITE 1800 TYSONS CORNER VA 22102 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ALAN E. MARDER, ESQ. & HON. IRA B. WARSHAWSKY CO-COUNSEL FOR PHILIP CHRISTOPHER 990 STEWART AVENUE, SUITE 300 PO BOX 9194 GARDEN CITY NY 11530 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOSEPH J. WIELEBINSKI COUNSEL TO THE STALKING HORSE 500 N. AKARD STREET 3800 LINCOLN PLAZA DALLAS TX 75201-6659 |
| NEW YORK STATE ATTORNEY GENERAL | ATTORNEY GENERAL, ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | ANGELA L. BAGLANZIS, ESQ. & EDMOND M. GEORGE, ESQ. COUNSEL FOR VERIZON WIRELESS ONE PENN CENTER, SUITE 1900 1617 JOHN F. KENNEDY BOULEVARD PHILADELPHIA PA 19103 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL COURTHOUSE 560 FEDERAL PLAZA – ROOM 560 CENTRAL ISLIP NY 11722-4437 |
| PANTECH CO., LTD. | PANTECH BUILDING 179 SEONGAM-RO, MAPO-GU SEOUL 121-792 KOREA |
| PATTON BOGGS LLP | MARK A. SALZBERG COUNSEL TO PINEBRIDGE 2550 M STREET, NW WASHINGTON DC 20037 |
| PATTON BOGGS LLP | ATTN: ADAM S. CONNATSER & J. MAXWELL TUCKER COUNSEL TO PINEBRIDGE INVESTMENTS 2000 MCKINNEY AVE, SUITE 1700 DALLAS TX 75201 |
| PERKINS COIE LLP | SCHUYLER G. CARROLL AND GARY F. EISENBERG COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS 30 ROCKEFELLER PLAZA, 22ND FLOOR NEW YORK NY 10112-0085 |
| PLATZER, SWERGOLD, KARLIN, LEVINE, | JASLOW LLP ATTN: CLIFFORD A. KATZ, ESQ. COUNSEL FOR CIT FINANCE, LLC 1065 |

| Claim Name | Address Information |
|---|---|
| GOLDBERG & | AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10018 |
| REED SMITH LLP | ATTENTION: EDWARD J. ESTRADA, ESQ. AND JOHN L. SCOTT, ESQ. COUNSEL FOR HTC AMERICA, INC. AND HTC CORPORATION 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F. STREET, NE WASHINGTON DC 20549-4010 |
| SHIPMAN & GOODWIN LLP | WILLIAM G. ROCK & KATHLEEN M. LAMANNA, ESQ. COUNSEL TO US BANK NATIONAL ASSOCIATION ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SORINRAND LLP | JOSHUA H. EPSTEIN, ESQ & AMANDA L. VAN HOOSE, ESQ COUNSEL FOR HITACHI HIGH TECHNOLOGIES AMERICA, INC 515 MADISON AVENUE, 13TH FLOOR NEW YORK NY 10022 |
| TAX DIVISION OF THE U.S. DEPARTMENT OF JUSTICE | RFK MAIN JUSTICE BUILDING ROOM 4141 950 PENNSYLVANIE AVENUE ATTN: TAX DIVISION WASHINGTON DC 20530 |
| THE LAW OFFICES OF AVRUM J. ROSEN, PLLC | AVRUM J. ROSEN COUNSEL FOR UNI9QUE DISPLAY, INC. 38 NEW STREET HUNTINGTON NY 11743 |
| THE LAW OFFICES OF COLLIN L. HAYES, PC | 2435 N. CENTRAL EXPRESSWAY, SUITE 1200 RICHARDSON TX 75080 |
| THE NEW YORK STATE DEPARTMENT OF TAXATION AND | FINANCE DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12227 |
| U.S. BANK GLOBAL CORPORATE TRUST SERVICES | DEBORAH A. IBRAHIM, VICE PRESIDENT ONE FEDERAL STREET BOSTON MA 02210 |
| U.S. BANK NATIONAL ASSOCIATION | MICHAEL M. HOPKINS, CCTS, VICE PRESIDENT 225 ASYLUM STREET HARTFORD CT 06103 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 271 CADMAN PLAZA EAST BROOKLYN NY 11201 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 610 FEDERAL PLAZA CENTRAL ISLIP NY 11722-4454 |
| WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | ATTN.: RICHARD F. HARRISON, ESQ. COUNSEL TO KOSTAS KASTAMONITIS 1201 RXR PLAZA UNIONDALE NY 11556 |
| ZELMANOVITZ & ASSOCIATES PLLC | MENACHEM O. ZELMANOVITZ, ESQ. ATTORNEYS FOR THE GOLDIE GROUP, LLC 1211 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  44**