UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                   :
In re                                              :    Chapter 11
                                                   :
PERSONAL COMMUNICATIONS                            :    Case No. 13-74303 (AST)
DEVICES, LLC, et al.,[1]                           :             13-74304 (AST)
                                                   :
                 Debtors.                          :    (Jointly Administered)
                                                   :
------------------------------------------------------------------x    **Ref. Docket No. 323**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 14, 2014, I caused to be served the "Contested Matter Scheduling Order," dated February 14, 2014 [Docket No. 323], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
17th day of February, 2014

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

**EXHIBIT A**

**PCD SCHEDORDER 2-14-14**

Office of the United States Trustee
Eastern District of New York
Alfonse D'Amato Federal Courthouse
560 Federal Plaza – Suite 560
Central Islip, NY  11722-4437
Attn:   Christine H. Black, Esq.
           Alfred M. Dimino, Esq.

**PCD SCHEDORDER 2-14-14**

Reed Smith, LLP
*Counsel for HTC Corporation and HTC America, Inc.*
599 Lexington Avenue
New York, NY  10022
Attn:   Chrystal Puleo, Esq.
           Edward Estrada, Esq.
           John L. Scott, Esq.

**PCD SCHEDORDER 2-14-14**

Cousins Chipman & Brown LLP
*Counsel to the Official Committee of Unsecured Creditors*
380 Lexington Avenue, 17th Floor
New York, NY  10168
Attn:    Adam D. Cole, Esq.