UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                               : Chapter 11
                                                    :
PERSONAL COMMUNICATIONS                             : Case No. 13-74303 (AST)
DEVICES, LLC, *et al.*,[1]                          :           13-74304 (AST)
                                                    :
          Debtors.                                  : (Jointly Administered)
                                                    :
-----------------------------------------------------------------x  **Ref. Docket No. 329**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 20, 2014, I caused to be served the "Contested Matter Scheduling Order," dated February 20, 2014 [Docket No. 329], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

_____
Carol Zhang

Sworn to before me this
___ day of February, 2014

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096). The Debtors' mailing address is 80 Arkay Drive, Hauppauge, Suffolk County, NY 11788.

**EXHIBIT A**

al.m.dimino@usdoj.gov
gcatalanello@duanemorris.com
geisenberg@perkinscoie.com
scarroll@perkinscoie.com
tklestadt@klestadt.com
tmoss@perkinscoie.com