UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                         : Chapter 11

In re                                                               : 
                                                              : Case No.  13-74303 (AST)
PERSONAL COMMUNICATIONS            :                13-74304 (AST)
DEVICES, LLC, *et al.*,[1]                            : 
                                                              : (Jointly Administered)
                         Debtors.            : 
_____: **Ref. Docket Nos. 942**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 16, 2020, I caused to be served the "Motion of Liquidating Trustee to Extend Termination Date of the Devices Liquidation Trust," dated April 16, 2020 [Docket No. 942], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1]        The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC ("**PCD**"), a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).

[2] [1]Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Geoff Zahm*
          Geoff Zahm

Sworn to before me this
17th day of April, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

**EXHIBIT A**

# PERSONAL COMMUNICATIONS DEVICES LLC
## Service List

| Claim Name | Address Information |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | LISA G. BECKERMAN, NANCY CHUNG, ALEXIS FREEMAN, CHRISTOPHER M. EGLESON AND JESSICA L. OLIFF COUNSEL FOR THE PINEBRIDGE ENTITIES ONE BRYANT PARK NEW YORK NY 10036 |
| ALSTON & BIRD LLP | GERARD S. CATALANELLO, ESQ. COUNSEL FOR PHILIP CHRISTOPHER, PARTY-IN-INTEREST 90 PARK AVENUE NEW YORK NY 10016 |
| ANTHRO INTERACTIVE, INC. | LISA C. LIN 10680 TREENA ST STE 400 SAN DIEGO CA 92131-2446 |
| AT&T SERVICES INC. | GENERAL ATTORNEY ONE AT&T WAY, ROOM 3A115 ATTN: JAMES W. GRUDUS & C. NICOLE GLADDEN BEDMINSTER NJ 07921 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. COUNSEL FOR ORACLE AMERICA, INC. 55 SECOND STREET, 17TH FLOOR SAN FRANCISCO CA 94105 |
| CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: JASPREET S. MAYALL, ESQ. COUNSEL FOR RELIANCE COMMUNICATIONS, LLC 90 MERRICK AVENUE, 9TH FLOOR EAST MEADOW NY 11554 |
| CHUBB GROUP OF INSURANCE COMPANIES | HOME OFFICE CLAIMS DEPARTMENT 15 MOUNTAIN VIEW ROAD WARREN NJ 07059 |
| CHUBB GROUP OF INSURANCE COMPANIES | LOUISA B. SARGENT ASSISTANT VICE PRESIDENT, NORTH AMERICAN FINANCIAL LINES CLAIMS 15 MOUNTAIN VIEW ROAD WARREN NJ 07059 |
| CLIFFORD CHANCE LLP | ATTN.: DOUGLAS E. DEUTSCH COUNSEL FOR THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| COHEN TAUBER SPIEVACK & WAGNER P.C. | STEPHEN WAGNER, ESQ. KARA L. GORYCKI, ESQ. SARI E. KOLATCH, ESQ. 420 LEXINGTON AVENUE, SUITE 2400 NEW YORK NY 10170 |
| COZEN O'CONNOR | FREDERICK E. SCHMIDT, JR. ATTORNEYS FOR HITACHI HIGH TECHNOLOGIES AMERICA 277 PARK AVENUE NEW YORK NY 10172 |
| DAVIDOFF HUTCHER & CITRON LLP | DAVID H. WANDER, ESQ. COUNSEL FOR SHINE ELECTRONICS CO., INC. AND M. SEVEN SYSTEMS 605 THIRD AVENUE, 34TH FLOOR NEW YORK NY 10158 |
| DUANE MORRIS LLP | GERARD CATALANELLO, ESQ. & JAMES VINCEQUERRA, ESQ. COUNSEL TO PHILIP CHRISTOPHER 1540 BROADWAY NEW YORK NY 10036 |
| EDWARDS WILDMAN PALMER LLP | CHRISTINE MCCAY, DAVID RUEDIGER & CHARLES GLERUM COUNSEL TO JPMORGAN 111 HUNTINGTON AVENUE BOSTON MA 02199-7613 |
| FARELLA BRAUN + MARTEL LLP | ATTN: GARY M. KAPLAN, ESQ. COUNSEL FOR TCT MOBILE MULTINATIONAL LIMITED 235 MONTGOMERY STREET, 18TH FLOOR SAN FRANCISCO CA 94104 |
| FULBRIGHT & JAWORSKI L.L.P. | DAVID A. ROSENZWEIG & MARK C. HAUT COUNSEL FOR AT&T CORP. 666 FIFTH AVENUE NEW YORK NY 10103 |
| HAMBURGER, MAXSON, YAFFE, KNAUER &MCNALLY, LLP | ATTN: LANE MAXSON, ESQ & WILLIAM CAFFREY, JR., ESQ COUNSEL FOR RECHLER EQUITY CONSTRUCTION, LLC, REP 80 ARKAYDRIVE,LLC AND REPC, LLC 225 BROADHOLLOW ROAD, SUITE 30IE MELVILLE NY 11747 |
| HTC | 308 OCCIDENTAL AVE S STE 300 SEATTLE WA 98104-2822 |
| INTERNAL REVENUE SERVICE | 10 METROTECH ROADWAY, 1ST FLOOR BROOKLYN NY 11201 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| JIM WODACH | TCT MOBILE INC 25 EDELMAN, SUITE 200 IRVINE CA 92618 |
| KLESTADT & WINTERS, LLP | TRACY KLESTADT, LAUREN KISS & JOHN JURELLER, JR. COUNSEL TO GEORGE APPLING 570 SEVENTH AVENUE, 17TH FLOOR NEW YORK NY 10018 |
| LACKEY HERSHMAN, L.L.P. | DEBORAH DEITSCH-PEREZ & JAMIE R. WELTON COUNSEL FOR RICHARDS PARTNERS & THE RICHARDS GROUP 3102 OAK LAWN AVENUE, SUITE 777 DALLAS TX 75219 |
| LATHAM & WATKINS LLP | J. TINKELMAN, A. GOLDBERG, C. HARRIS & B. DENTON COUNSEL TO DLJ INVESTMENT PARTNERS 885 THIRD AVENUE NEW YORK NY 10022 |
| MAGNOZZI & KYE, LLP | AMISH R. DOSHI, ESQ. COUNSEL FOR ORACLE AMERICA, INC. 23 GREEN STREET, SUITE 302 HUNTINGTON NY 11743 |
| MCBREEN & KOPKO | KENNETH A. REYNOLDS, ESQ. COUNSEL FOR FASHION WORLDWIDE CORPORATION, SHEA TRUCKING AND IMPORT COMMODITY GROUP 500 NORTH BROADWAY, SUITE 129 JERICHO NY 11753 |
| MCGUIREWOODS LLP | DAVID I. SWAN, ESQ. & SHARA C. CORNELL, ESQ. COUNSEL FOR SPRINT COMMUNICATIONS COMPANY L.P. 1750 TYSONS BOULEVARD, SUITE 1800 TYSONS CORNER VA 22102 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ALAN E. MARDER, ESQ. & HON. IRA B. WARSHAWSKY CO-COUNSEL FOR PHILIP CHRISTOPHER 990 STEWART AVENUE, SUITE 300 PO BOX 9194 GARDEN CITY NY 11530 |

PERSONAL COMMUNICATIONS DEVICES LLC
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: JOSEPH J. WIELEBINSKI COUNSEL TO THE STALKING HORSE 500 N. AKARD STREET 3800 LINCOLN PLAZA DALLAS TX 75201-6659 |
| NEW YORK STATE ATTORNEY GENERAL | ATTORNEY GENERAL, ERIC T. SCHNEIDERMAN THE CAPITOL ALBANY NY 12224-0341 |
| NEW YORK STATE DEPARTMENT OF LABOR | C/O ERIC T. SCHNEIDERMAN, N.Y. ATTORNEY GENERAL OFFICE OF THE ATTORNEY GENERAL, LABOR BUREAU 120 BROADWAY, 26TH FLOOR NEW YORK NY 10271 |
| NORTON ROSE FULBRIGHT US LLP | MARC ASHLEY, MICHAEL SAMALIN & DOUGLAS DEUTSCH COUNSEL FOR THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6022 |
| O'REILLY STOUTENBURG RICHARDS LLP | MICHAEL S. O'REILLY 1270 AVENUE OF THE AMERICAS STE 2005 NEW YORK NY 10020 |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | EDMOND M. GEORGE, ESQ. COUNSEL FOR VERIZON WIRELESS ONE PENN CENTER, SUITE 1900 1617 JOHN F. KENNEDY BOULEVARD PHILADELPHIA PA 19103 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE | EASTERN DISTRICT OF NEW YORK LONG ISLAND FEDERAL COURTHOUSE 560 FEDERAL PLAZA - ROOM 560 CENTRAL ISLIP NY 11722-4437 |
| PANTECH CO., LTD. | PANTECH BUILDING 179 SEONGAM-RO, MAPO-GU SEOUL 121-792 KOREA |
| PATTON BOGGS LLP | MARK A. SALZBERG COUNSEL TO PINEBRIDGE 2550 M STREET, NW WASHINGTON DC 20037 |
| PATTON BOGGS LLP | ATTN: ADAM S. CONNATSER & J. MAXWELL TUCKER COUNSEL TO PINEBRIDGE INVESTMENTS 2000 MCKINNEY AVE, SUITE 1700 DALLAS TX 75201 |
| PEABODY & ARNOLD LLP | DAVID G. O'BRIEN 600 ATLANTIC AVENUE BOSTON MA 02210-2261 |
| PEABODY & ARNOLD LLP | JOSEPH O'NEIL 600 ATLANTIC AVENUE BOSTON MA 02210-2261 |
| PERKINS COIE LLP | SCHUYLER CARROLL, GARY EISENBERG & TINA MOSS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS & WILMINGTON TRUST, N.A. 30 ROCKEFELLER PLAZA, 22ND FLOOR NEW YORK NY 10112-0085 |
| PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG & | JASLOW LLP ATTN: CLIFFORD A. KATZ, ESQ. COUNSEL FOR CIT FINANCE, LLC 475 PARK AVE S FL 18 NEW YORK NY 10016-6901 |
| PUTNEY, TWOMBLY, HALL & HIRSON LLP | COUNSEL FOR THE PHOENIX INSURANCE COMPANY THOMAS A. MARTIN, ESQ. & BARBARA M. MAISTON, ESQ. 521 FIFTH AVENUE NEW YORK NY 10175 |
| REED SMITH LLP | ATTENTION: EDWARD J. ESTRADA, ESQ. AND JOHN L. SCOTT, ESQ. COUNSEL FOR HTC AMERICA, INC. AND HTC CORPORATION 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SANDLER, TRAVIS & ROSENBERG, P.A. | KENNETH WOLF, ESQ. COUNSEL FOR IMPORT COMMODITY GROUP 551 FIFTH AVENUE, SUITE 1100 NEW YORK NY 10176 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ANDREW CALAMARI, REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER, SUITE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | 100 F. STREET, NE WASHINGTON DC 20549-4010 |
| SHIPMAN & GOODWIN LLP | WILLIAM G. ROCK & KATHLEEN M. LAMANNA, ESQ. COUNSEL TO US BANK NATIONAL ASSOCIATION ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIDLEY AUSTIN LLP | LEE S. ATTANASIO, NICHOLAS K. LAGEMANN JOHN J. KUSTER, NANCY CHUNG & CHRISTINA CHIANESE COUNSEL TO THE PINEBRIDGE ENTITIES 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SIDLEY AUSTIN LLP | REBECCA LEVENSON, ESQ. COUNSEL FOR PINEBRIDGE DEFENDANTS, FT CHONG AND WINSTON CHOW 1501 K STREET, N.W. WASHINGTON DC 20005 |
| SIDLEY AUSTIN LLP | CHRISTOPHER M. EGLESON COUNSEL TO THE PINEBRIDGE ENTITIES 555 WEST FIFTH STREET LOS ANGELES CA 90013 |
| TAX DIVISION OF THE U.S. DEPARTMENT OF JUSTICE | RFK MAIN JUSTICE BUILDING ROOM 4141 950 PENNSYLVANIE AVENUE ATTN: TAX DIVISION WASHINGTON DC 20530 |
| THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE TX | JAY W. HURST ASSISTANT ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION P.O. BOX 12548 AUSTIN TX 78711-2548 |
| THE LAW OFFICES OF AVRUM J. ROSEN, PLLC | AVRUM J. ROSEN COUNSEL FOR UNI9QUE DISPLAY, INC. 38 NEW STREET HUNTINGTON NY 11743 |
| THE LAW OFFICES OF COLLIN L. HAYES, PC | 2435 N. CENTRAL EXPRESSWAY, SUITE 1200 RICHARDSON TX 75080 |
| THE NEW YORK STATE DEPARTMENT OF TAXATION AND | FINANCE DEPARTMENT OF TAXATION AND FINANCE ATT: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY NY 12227 |
| U.S. BANK GLOBAL CORPORATE TRUST SERVICES | DEBORAH A. IBRAHIM, VICE PRESIDENT ONE FEDERAL STREET BOSTON MA 02210 |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | MICHAEL M. HOPKINS, CCTS, VICE PRESIDENT 225 ASYLUM STREET HARTFORD CT 06103 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 271 CADMAN PLAZA EAST BROOKLYN NY 11201 |
| UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF | NEW YORK 610 FEDERAL PLAZA CENTRAL ISLIP NY 11722-4454 |
| WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP | ATTN.: RICHARD F. HARRISON, ESQ. COUNSEL TO KOSTAS KASTAMONITIS 1201 RXR PLAZA UNIONDALE NY 11556 |
| ZELMANOVITZ & ASSOCIATES PLLC | MENACHEM O. ZELMANOVITZ, ESQ. ATTORNEYS FOR THE GOLDIE GROUP, LLC 1211 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10036 |

**Total Creditor count  62**