UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
                                                 :      Chapter 11
In re                                           :
                                               :      Case No.  13-74303 (AST)
PERSONAL COMMUNICATIONS                     :              13-74304 (AST)
DEVICES, LLC, *et al.*,[1]
                                               :      (Jointly Administered)
                Debtors.                :
_____:      **Ref. Docket Nos. 942**

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC[2], with an office located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 20, 2020, I caused to be served the: "Motion of Liquidating Trustee to Extend Termination Date of the Devices Liquidation Trust," dated April 16, 2020 [Docket No. 942], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to: *Q1 LLC, Attn: Marshal Harris, General Counsel, 7651 Southland Blvd, Orlando, FL  32809*.

---

[1]        The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC ("**PCD**"), a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).

[2] [1]Epiq Bankruptcy Solutions, LLC, is now known as Epiq Corporate Restructuring, LLC.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

       */s/ Geoff Zahm*
       Geoff Zahm

Sworn to before me this
21st day of April, 2020
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021