**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>PERSONAL COMMUNICATIONS<br>DEVICES, LLC, *et al.,*<br><br>                Debtors. | Chapter 11<br>Case No.  13-74303 (AST)<br>              13-74304 (AST)<br><br>(Jointly Administered) |
| DEVICES LIQUIDATION TRUST,<br><br>                Plaintiff,<br><br>v.<br><br>M SEVEN SYSTEM LIMITED,<br>                Defendant. | Adv. Pro. No. 15-08112 (AST) |

**ORDER GRANTING DEVICES LIQUIDATION TRUST'S MOTION PURSUANT TO BANKRUPTCY CODE SECTION 105 AND RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE SETTLEMENT AGREEMENT**

Upon consideration of the motion (the "Motion")[1] of Devices Liquidation Trust (the "Trust"), as successor in interest of the estates of Personal Communications Devices, LLC and Personal Communications Devices holdings, LLC, the liquidated debtors in the above captioned cases (the "Debtors"), for an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing and approving the settlement (the "Agreement") attached as Exhibit 1 hereto; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Trust, the Debtors'

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

estate, its creditors, its stakeholders, and other parties in interest; and after due deliberation thereon, and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The Agreement attached as Exhibit 1 hereto is hereby approved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.



**Dated: June 22, 2020**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**