## TRANSMITTAL OF QUARTERLY POST CONFIRMATION REPORT

| | | |
|---|---|---|
| In re: PERSONAL COMMUNICATIONS DEVICES, LLC, et al.,[1] | : | Case No. 13-74303-AST |
| | : | Chapter 11 |
| Debtors | : | Judge: Alan S. Trust |

Wilmington Trust, N.A, as Trustee of the Devices Liquidation Trust, affirms that:

1.      The attached Chapter 11 Post Confirmation Report for the quarter commencing on January 1, 2021 and ending March 31, 2021, which includes the Total Disbursements for such quarter, the Summary of Amounts Distributed Under the Plan, and the Summary of Status of Consummation of Plan has been reviewed, and the report as prepared fairly and accurately reflects the Trust's complete disbursement/distribution activity and status for the period stated.

2.      The individual responsible for preparing the attached report was Robert L. Reynolds whose title is Vice President. Any questions regarding the attached report should be directed to Robert L. Reynolds at telephone number (203) 453-1318.

3.      The undersigned is authorized to file this report on behalf of the Trust.  It is certified hereby, under penalties of perjury, that the information provided herein is true and correct to the best of my knowledge and belief.

Debtor
By:      s/ Robert L. Reynolds
         *Signature*

Dated:  May 27, 2021

Vice President
Wilmington Trust, N.A.,
as Trustee of the Devices
Liquidation Trust

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: Personal Communications Devices, LLC, a Delaware limited liability company (4171) and Personal Communications Devices Holdings, LLC, a Delaware limited liability company (4096).

<table>
<tr><td>In re:</td><td><strong>Post-Confirmation Status Report</strong></td></tr>
<tr><td><strong>PERSONAL COMMUNICATIONS DEVICES, LLC, et al.</strong></td><td>Quarter Ending:  March 31, 2021</td></tr>
<tr><td>Chapter 11 Case No:        13-74303-AST</td><td></td></tr>
</table>

| Attorney/Professional | Person responsible for report: |
|---|---|
| Perkins Coie LLP<br>Attn.  Tina N. Moss<br>1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036-2711<br>Tel: (212) 262-6900<br>Fax: (212) 977-1648 | Robert L. Reynolds<br>Wilmington Trust, N.A.<br>246 Goose Lane, Suite 105<br>Guilford, CT 06437<br>Tel: (203) 453-1318<br>Fax: (203) 453-1183 |

**SUMMARY OF DISBURSEMENTS MADE DURING THE QUARTER (See attached detail)**

| Disbursements made under the Plan: | | |
|---|---|---|
| | Payments to Professionals: | $ 0 |
| | Payments to Secured Creditors | $ 0 |
| | Payments to Priority Creditors | $ 0 |
| | Payments to Unsecured Creditors | $ 0 |
| | Payments to Equity | $ 0 |
| | All other plan payments: | $ 0 |
| | TOTAL OF PLAN PAYMENTS: | $ 0 |
| Trust Expenses Paid: | | $ 53,804.76 |
| TOTAL ALL DISBURSEMENTS | | $ 53,804.76 |

| Date Order was entered confirming plan? | April 29, 2014 |
|---|---|
| Plan Effective Date? | May 20, 2014 |
| Who is the Disbursing Agent (if any)? | Wilmington Trust, N.A., as Trustee |
| Current with Plan Payment?  Why not? | Yes |
| Projected date for final decree | Unknown in view of pending and anticipated litigation. |
| What needs to be achieved before a final decree will be sought (attached a separate sheet if necessary)? | The Trustee has entered into certain court approved settlements of litigations and reconciled claims asserted against the Debtors' estates. The Trustee is preparing to make distributions to trust beneficiaries. |

| | |
|---|---|
| Provide a narrative of events that impact upon the ability to perform under the Plan or other significant events that occurred during the reporting period (attach a separate sheet if necessary) | |
| Date last U.S. Trustee fee paid | 03/25/2021 |
| Amount Paid? | $1,307.85 |

I declare under penalty of perjury that the information contained in the document is true, complete and correct.

May 27, 2021                                    /s/ Robert L. Reynolds

**Date**                                       **Signature of person responsible for this report**

*This report is to be filed with the U.S. Trustee quarterly until a final decree is entered. This report is for U.S. Trustee purposes only. You may be required to file additional reports with the Bankruptcy Court.*

DISBURSEMENT JOURNAL

| Date | Payee | Category | Amount |
|---|---|---|---|
| 01/11/2021 | Wilmington Trust, N.A. | Trust Expense | $15,050.00 |
| 02/25/2021 | Office of the U.S. Trustee | Trust Expense | $975.00 |
| 02/25/2021 | Epiq Bankruptcy Solutions | Trust Expense | $15,522.60 |
| 03/05/2021 | Wilmington Trust, N.A. | Trust Expense | $15,025.00 |
| 03/24/2021 | Epiq Bankruptcy Solutions | Trust Expense | $3,324.31 |
| 03/25/2021 | Office of the U.S. Trustee | Trust Expense | $3,907.85 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |